Deon L. Thomas, Pro Se'
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
No Phone



# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas Pro Se'<br>Plaintiff<br><br>V.<br><br>NELSON, WATSON &<br>ASSOCIATES, LLC, is a Domestic<br>Limited Liability Company (LLC)<br>Defendant(s)<br><br>Does 1 through 10 | CV 12 - 00701 MRP (OPx)<br><br>**COMPLAINT**<br><br>**VIOLATION OF FAIR CREDIT REPORTING ACT**<br>15 U.S.C. 1681 et seq.<br><br>**TRIAL BY JURY** |

TO THE CLERK OF THE COURT AND TO THE DEFENDANTS HEREIN

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

**Comes now** the Plaintiff Deon L. Thomas :

1. Plaintiff's Complaint is based on the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681 et seq.*

**PRELIMINARY STATEMENT**

2. This is an action for damages; brought for damages for the violation of the Fair Credit Reporting Act (FCRA) 15 USC §1681, *et seq.*

## JURISDICTION

3. Jurisdiction of this court arises pursuant to *15 U.S.C. §1681p* and *28 U.S.C. §1331.*

4. All conditions precedent to the bringing of this action have been performed.

## VENUE

5. The Plaintiff, Deon L. Thomas is a natural person and is a resident of the County of Riverside, State of California, and the action occurred here.

6. The Defendant NELSON, WATSON & ASSOCIATES, LLC transact business in the state of California and in this District.

## PARTIES

7. At all times hereinafter mentioned, The Plaintiff is a resident of Riverside County, State of California. Deon L. Thomas, ("hereinafter Plaintiff").

8. The Defendant NELSON, WATSON & ASSOCIATES, LLC ("hereinafter NWA") is a Domestic Limited Liability Company (LLC), form unknown, with office at 80 Merrimack St., Lower Level, Haverhill MA, 01830 .

## FACTUAL ALLEGATION

9. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(a)(4) reads in relevant part: *"There is a need to insure that consumer reporting agencies exercise their grave responsibilities with fairness, impartiality, and a* **respect for the consumer's right to privacy".** (Empahsis added).

10. The FCRA, under CONGRESSIONAL FINDINGS AND STATEMENT OF PURPOSE, 15 U.S.C. 1681(b) reads in relevant part: "(b) *Reasonable procedures.* It is **the purposes of this title** to require that consumer reporting agencies adopt reasonable procedures for meeting the

needs of commerce for consumer credit, personnel, insurance, and other information in a manner which is fair and equitable **_to the consumer_**, with regard to the **_confidentiality,_** accuracy, relevancy, and proper utilization of such information in accordance with the requirements of this title". (**_Emphasis added_**).

11. Thus, the strictly limited provisions set forth in section 1681(b) operate to support the **_confidentiality_** of consumer reports by limiting their dissemination.

12. On or about December of 2010 Plaintiff received his credit report from a major credit reporting agency Experian and found a entry by an entity that was unknown within the credit report.

13. Plaintiff observed and investigated his Experian credit report and discovered that NWA obtained his credit report on or about February of 2009 without his expressed consent.

14. Discovery of the violation of impermissible purpose brought forth herein occurred on or about December of 2010 and are within the statute of limitations as defined in the FCRA *15 U.S.C. § 1681p.*

15. NWA is in violation of the Fair Credit Reporting Act (FCRA) *15 U.S.C. § 1681b by* obtaining Plaintiff's credit report without a permissible purpose from Experian, because at or about the time that NWA obtained Plaintiff's credit report, **none of the** specific and strictly **limited circumstances granting permissible purpose under section 1681(b) applied to NWA.**

16. At or about the time NWA obtained Plaintiff consumer credit report:
   A. Plaintiff did not authorize consumer reporting agency Experian to furnish his consumer report to NWA.

B. Plaintiff did not authorize NWA to obtain his consumer report from Experian.

C. Plaintiff did not apply for any credit, loan, or services with NWA.

D. Plaintiff did not have any contractual relationship for credit, loan, or services with NWA.

E. Plaintiff did not owe any debt to NWA.

F. Plaintiff did not owe any debt as the result of a judgment to NWA.

G. Plaintiff did not apply for any employment with NWA.

H. Plaintiff did not apply for any insurance from NWA.

I. Plaintiff did not have any existing account or credit obligation with NWA.

J. Plaintiff was not named as an "authorized user" on any account with NWA

K. No court having jurisdiction issued any order to Experian to furnish Plaintiff's consumer report to NWA.

L. No head of State or local child support enforcement agency requested Experian to provide Plaintiff's consumer report to NWA.

M. No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested Experian to provide Plaintiff's consumer report to NWA.

N. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through NWA.

O. Plaintiff did not receive any "firm offer of credit or insurance" from NWA.

## Count I

**VIOLATION OF THE FAIR CREDIT REPORTING ACT(FCRA), 15 U.S.C. § 1681  WILLFUL NON-COMPLIANCE BY DEFENDANT NWA**

17. Plaintiff restates and reiterates herein all previous paragraphs 1-16.

18. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

19. Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

20. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

21. At no time did Plaintiff give his consent for NWA to acquire his consumer credit report from any credit reporting agency.

22. The action of NWA obtaining the consumer credit report of the Plaintiff on February of 2009 with no permissible purpose or Plaintiff's consent, which was a willful violation of FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

WHEREFORE, Plaintiff demands judgment for damages against NWA for statutory damages of $1000.00, punitive damages to be determined by this honorable court, attorney's fees, pursuant to 15 U.S.C. § 1681n.

### "DEMAND FOR JURY TRIAL"

Plaintiff hereby DEMAND a trial by jury of all issues as a matter of law.

DATE: Jan. 26, 2012

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

## VERIFICATION OF COMPLAINT AND CERTIFICATION

State of California )
)ss
County of Riverside )

Plaintiff, Deon L. Thomas, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil complaint and I believe that all the facts contained in it are true to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded, cognizable in facts and warranted by existing law or by good faith argument for the extension, modification, or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant, cause unnecessary delay to any Defendant, or create a needless increase in the cost of litigation to any Defendant, named in the Complaint.
5. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. 1746(2), I Deon L. Thomas, hereby declare or (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Date: Jan. 26, 2012

Deon L. Thomas, Plaintiff
14626 Red Gum St.
Moreno Valley, CA 92555
<dlthomas32@gmail.com>

# Select A Case

**This person is a party in 6 cases.**

| Case Number | Case Title | Filed | Closed |
|---|---|---|---|
| 2:11-cv-04428-AHM-OP | Deon L Thomas v. Bleier and Cox LLP et al | filed 05/23/11 | |
| 2:11-cv-06873-PA-DTB | Deon L Thomas v. First Premier Bank et al | filed 08/22/11 | closed 12/29/11 |
| 2:12-cv-00699-UA-DUTY | Deon L Thomas v. IMI Integrity Marketing Inc et al | filed 01/26/12 | |
| 2:12-cv-00701-UA-DUTY | Deon L Thomas v. Nelson Watson and Associates LLC et al | filed 01/26/12 | |
| 2:12-cv-00705-UA-DUTY | Deon L Thomas v. Enhance Recovery Company LLC et al | filed 01/26/12 | |
| 5:11-cv-01575-PSG-SP | Deon L Thomas v. American Coradius International LLC et al | filed 10/03/11 | |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555

**DEFENDANTS**
NELSON, WATSON & ASSOCIATES, LLC
80 Merrimack St., Lower Level
Haverhill MA, 01830

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**Attorneys** (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ 1000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. § 1681 Obtaining Credit Report without a Permissible Purpose

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **IMMIGRATION** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: CV 12 - 00701 MRP (OPx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Haverhill, MA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside | |

\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _Leon L. Thomas_   Date _Jan. 26, 2012_

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)          **CIVIL COVER SHEET**          Page 2 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge  Mariana R. Pfaelzer  and the assigned discovery Magistrate Judge is  Oswald Parada  .

The case number on all documents filed with the Court should read as follows:

**CV 12-701 MRP (OPx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge.

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| ☑ Western Division | ☐ Southern Division | ☐ Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

---

CV-18 (01/09)  NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Deon L. Thomas <br> _____ <br> *Plaintiff* <br> v. <br> NELSON, WATSON & ASSOCIATES, LLC, a is a <br> Domestic Limited Liability Company (LLC) <br> Does 1 through 10  *Defendant* | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. CV 12 — 00701 MRP (OPx)

**FOR OFFICE USE ONLY**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Deon L. Thomas, Plaintiff
14626 Red Gum Street
Moreno Valley, CA 92555

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI
CLERK OF COURT

MARGO MEAD

Date: JAN 3 1 2012

*Signature of Clerk or Deputy Clerk*

SEAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: