UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS, <br><br> Plaintiff, <br><br> v. <br><br> NELSON, WATSON & ASSOCIATES, LLC, et al., <br><br> Defendants, | CASE NUMBER <br><br> CV 12-00701 MRP (OPx) <br><br> ORDER RETURNING CASE <br><br> FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: February 2, 2012

_____
Honorable Mariana R. Pfaelzer
United States District Judge

### NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge ___Consuelo B. Marshall___ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials ___CBM___ after the case number in place of the initials of the prior judge so that the case number will read CV 12-00701 CBM(OPx).

This is very important because documents are routed to the assigned judge by means of the initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☒ Western   ☐ Southern   ☐ Eastern Division.
   Subsequent documents must be filed at the ☒ Western ☐ Southern ☐ Eastern Division.
   Failure to file at the proper location will result in your documents being returned to you.

CV-89 (01/05)          ORDER RETURNING CASE FOR REASSIGNMENT