```
 1  Deon L. Thomas
    14626 Red Gum Street
 2  Moreno Valley, CA 92555
    dlthomas32@gmail.com
 3  951-413-9071
 4
 5
 6
```

FILED
2012 FEB 13  AM 11: 03
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

```
10  Deon L. Thomas                    )  Case No.:
                                      )
11              Plaintiff(s),         )  CV12-00701 CBM (OPx)
                                      )
12       vs.                          )
                                      )
13  NELSON, WATSON & ASSOCIATES,      )
    LLC                               )
14                                    )  PROOF OF SERVICE OF
    Does 1 through 10                 )  SUMMONS
15              Defendant(s).         )
                                      )
16                                    )
                                      )
17                                    )
                                      )
18  _____
```

19 Comes now Deon L. Thomas ("Plaintiff"), submits Proof of Service of Summons on the above style

20 case. Please see Attachment.

21

22 I declare certify and declare under penalty of perjury under the law of the State of California that

23 the forgoing is true and correct.

24

25 DATED: February 13, 2012

26                                                       _____
                                                         Deon L. Thomas, Plaintiff

- 1 -
PROOF OF SERVICE OF SUMMONS

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Nelson, Watson & Associates, LLC
was received by me on *(date)* 2/3/12.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dena La Porta, who is
designated by law to accept service of process on behalf of *(name of organization)* Nelson, Watson & Associates
LLC/NRAI Corporate Services on *(date)* 2/8/12 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 10.00 for travel and $ 30.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 2/10/12

Bradley L.
Server's signature

Bradley Lowe, Process Server #2634
Printed name and title

P.O. Box 23378 Anaheim, CA 92806
Server's address

Additional information regarding attempted service, etc:

**ATTACHMENT 1**