Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071

FILED
2012 FEB 27  AM 10: 38

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Deon L. Thomas )
  *Plaintiff* )
 )
v. )
 ) Case No. 2:12-CV-00701 CBM(OPx)
NELSON, WATSON & )
ASSOCIATES, LLC, a ) **FIRST AMENDED**
Limited Liability Company ) **COMPLAINT**
  *Defendant* )
 )
 )
 )

## FIRST AMENDED COMPLAINT

### PRELIMINARY STATEMENT

1. This is an action brought for damages for violation of the Fair Credit Reporting Act (FCRA) 15 U.S.C. §1681 *et seq.*

### JURISDICTION

2. This court has jurisdiction pursuant to 15 U.S.C. §1681p and 28 U.S.C. §1331.

3. All conditions precedent to the bringing of this action have been performed.

## VENUE

4. The occurrences which give rise to this action occurred in Riverside County, California and Plaintiff resides in Riverside County, California.

5. Venue is proper in the Central District of California.

## PARTIES

6. The Plaintiff in this lawsuit is Deon L. Thomas, (hereinafter "Plaintiff") who at all times relevant herein was a resident of Riverside County, California.

7. The Defendant in this lawsuit is NELSON, WATSON & ASSOCIATES, LLC (hereinafter "NWA") who is an unknown entity with offices at 80 Merrimack St., Lower Level, Haverhill MA, 01830 who transacts business as a debt collector in Riverside County, California.

## FACTUAL ALLEGATIONS

8. In December of 2010 Plaintiff received his credit report from Experian and found an entry indicating an unknown entity, the defendant in this action, had obtained his credit report in February of 2009.

9. At no time has Plaintiff ever had any business dealings or contact with the Defendant where they may have had any permissible purpose to obtain Plaintiff's credit report.

10. Discovery of the violation brought forth herein occurred in December 2010 and is within the statute of limitations as defined in 15 U.S.C. § 1681p.

11. NWA was in violation of the Fair Credit Reporting Act 15 U.S.C. § 1681b by obtaining Plaintiff's credit report without a permissible purpose. At the time that NWA obtained Plaintiff's credit report, none of the specific and strictly limited circumstances that allow permissible purpose under section 1681(b) applied to NWA.

12. Plaintiff states that at or before the time NWA obtained Plaintiff's consumer credit report:

    A. Plaintiff did not authorize consumer reporting agency Experian to furnish his consumer report to NWA.

    B. Plaintiff did not authorize NWA to obtain his consumer report from Experian.

    C. Plaintiff did not apply for any credit, loan, or services with NWA.

    D. Plaintiff did not have any contractual relationship for credit, a loan, or services with NWA.

    E. Plaintiff did not owe any debt to NWA.

    F. Plaintiff did not owe any debt as the result of a judgment to NWA.

    G. Plaintiff did not apply for any employment with NWA.

    H. Plaintiff did not apply for any insurance from NWA.

    I. Plaintiff did not have any existing account or credit obligation with NWA.

    J. Plaintiff was not named as an "authorized user" on any account with NWA

    K. No court having jurisdiction issued any order to Experian to furnish Plaintiff's consumer report to NWA.

    L. No head of State or local child support enforcement agency requested Experian to provide Plaintiff's consumer report to NWA.

    M. No agency administering a state plan under section 454 of the Social Security Act (42 U.S.C. § 654) requested Experian to provide Plaintiff's consumer report to NWA.

    N. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through NWA.

O. Plaintiff did not receive any "firm offer of credit or insurance" from NWA.

## COUNT I

### VIOLATION OF THE FAIR CREDIT REPORTING ACT 15 U.S.C. § 1681 WILLFUL NON-COMPLIANCE BY DEFENDANT NWA

13. Plaintiff restates and re-alleges herein all previous paragraphs 1-12.

14. Plaintiff is a consumer within the meaning of the FCRA 15 U.S.C. § 1681a(c).

15. Experian is a credit reporting agency within the meaning of 15 U.S.C. § 1681a(f).

16. Consumer credit report is a consumer report within the meaning of the FCRA 15 U.S.C. § 1681a(d).

17. At no time did Plaintiff give his consent for NWA to acquire his consumer credit report from any credit reporting agency nor did they have any permissible purpose to do so.

18. The action of NWA obtaining the consumer credit report of the Plaintiff in February of 2009 with no permissible purpose or Plaintiff's consent was a willful violation of the FCRA, 15 U.S.C. § 1681b and an egregious violation of Plaintiff's right to privacy.

WHEREFORE, Plaintiff demands judgment against NWA for statutory damages of $1000.00, costs, and any attorney's fees pursuant to 15 U.S.C. § 1681n.

### DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issues so triable as a matter of law.

DATE: February 27, 2012

Respectfully Submitted,

*/s/ Deon L. Thomas*

Deon L. Thomas
4626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com

## CERTIFICATE OF SERVICE

I, Deon L. Thomas ("Plaintiff"), do hereby certigy that on February 27, 2012, a copy of the foregoing document was sent via U.S Mail to:

Nelson, Watson and Associates, LLC
80 Merrimack St., Lower Level
Haverhill MA, 01830


_____
Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
dlthomas32@gmail.com
951-413-9071