| | |
|---|---|
| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER<br><br>J. GRACE FELIPE (SBN 190893)<br>CARLSON & MESSER LLP<br>5959 W. Century Blvd., Suite 1214<br>Los Angeles, CA 90045<br>Phone: (310) 242-2200<br>Email: Felipeg@cmtlaw.com<br>ATTORNEYS FOR: Defendant,<br>NELSON, WATSON & ASSOCIATES, LLC | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br><br>v.                                   Plaintiff(s),<br><br>Nelson, Watson & Associates, LLC<br><br>                                       Defendant(s) | CASE NUMBER:<br><br>2:12-cv-00701-CBM-OP<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  NELSON, WATSON & ASSOCIATES, LLC
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.  (Use additional sheet if necessary.)

|        PARTY         |     CONNECTION      |
|----------------------|---------------------|
| (List the names of all such parties and identify their connection and interest.) | |
| Deon L. Thomas | Plaintiff |
| Nelson, Watson & Associates, LLC | Defendant |

March 21, 2012
Date

Sign  *J. Grace Felipe*
      J. Grace Felipe
      Attorneys for Defendant
      NELSON, WATSON & ASSOCIATES, LLC
Attorney of record for or party appearing in pro per