UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV12-701 CBM(OPx)                Dated: March 28, 2012
Title: Deon L. Thomas vs Nelson Watson and Associates LLC, et al

PRESENT: THE HON. CONSUELO B. MARSHALL, U. S. DISTRICT JUDGE

Joseph M. Levario                                              n/a
 Deputy Clerk (213) 894-5288; FAX (213) 894-0045     Court Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:
            n/a                                          n/a

Proceedings: Scheduling Conference

On the Court's own motion, this case is set for a Scheduling Conference on June 4, 2012 at 10:00 A. M. pursuant to FRCP 16(b). Counsel are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference. Counsel shall file a Rule 26(f) discovery plan within 14 days after the conference of counsel. The Rule 26(f) discovery plan shall contain the following information:
1. A brief description of the nature of the case and type of action filed and the date filed in the District Court;
2. The number of depositions to be taken by each side and the date the date the depositions are set;
3. The written discovery sought and date responses to interrogatories requests for production and requests for admissions are due;
4. The number of experts expected to be called by each side and the expert's area of expertise;
5. Proposed Pre Trial Conference date;
6. Date Demand for Jury Trial was filed;
7. Prospects of Settlement;
8. Positions of counsel re: consent to proceed before a Magistrate-Judge;
9. A list of contemplated motions, including what type of motion, a tentative hearing date, and whether discovery must be conducted prior to the filing of the motions.

**A FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

Initials of Deputy Clerk_JL