1 | Jeanne L. Zimmer (SBN 123321)
  | Zimmerj@cmtlaw.com
2 | J. Grace Felipe (SBN 190893)
  | Felipeg@cmtlaw.com
3 | CARLSON & MESSER LLP
  | 5959 W. Century Blvd., Suite 1214
4 | Los Angeles, CA 90045
  | (310) 242-2200 Telephone
5 | (310) 242-2222 Facsimile

6 | Attorneys for Defendant,
  | NELSON, WATSON & ASSOCIATES, LLC
7 |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas | CASE NO. 2:12-cv-00701-CBM-OP |
| Plaintiff, | |
| vs. | **NOTICE OF FILING ORIGINAL PROOF OF SERVICE RE JOINT RULE 26(f) REPORT & PROPOSED DISCOVERY PLAN** |
| NELSON, WATSON & ASSOCIATES, LLC, a Limited Liability Company | |
| Defendant(s) | |

DATED: May 11, 2012               CARLSON & MESSER LLP


                                  By   /s/ J. Grace Felipe
                                       Jeanne L. Zimmer
                                       J. Grace Felipe
                                       Attorneys for Defendant,
                                       NELSON, WATSON & ASSOCIATES, LLC

1

## PROOF OF SERVICE

STATE OF CALIFORNIA  ) 
                     )  ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **May 11, 2012**, I served the foregoing document described as: **JOINT RULE 26(f) REPORT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY FACSIMILE)
I transmitted via telecopier machine such document to the offices of the addressees. Executed on this 11th day of May, 2012, at Los Angeles, California.

☒ (FEDERAL)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **11th** day of **May 2012**, at Los Angeles, California.

*Kathryn A. Brown*
Kathryn A. Brown

<u>**Deon L. Thomas v. Nelson, Watson & Associates, LLC**</u>
**Our File No. 07013.00**

Deon L. Thomas                                    **Plaintiff Pro Se**
14626 Red Gum Street
Moreno Valley, CA  92555
Phone:  (951) 413-9071
Email: dlthomas32@gmail.com