UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-701 CBM(OPx) | Date | June 1, 2012 |
|---|---|---|---|
| Title | Deon L. Thomas vs Nelson, Watson & Associates, LLC | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| Joseph M. Levario | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**     IN CHAMBERS/OFF THE RECORD

IT IS ORDERED as follows:
(1) the Scheduling Conference in this matter is taken off calendar;
(2) all fact discovery shall be completed on or before October 30, 2012;
(3) all expert discovery shall be completed on or before November 30, 2012;
(4) Pre Trial Conference is set on March 4, 2013 at 2:30 p.m.;
(5) motions shall be set for oral argument on or before January 7, 2013 at 10:00 a.m.;
(6) 4 day Jury Trial is set on April 2, 2013 at 9:00 a.m.;
(7) ADR-1 Form shall be filed on or before June 11, 2012.
(8) settlement conference shall be held on or before November 15, 2012;

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-701 CBM(OPx) | Date | June 1, 2012 |
|---|---|---|---|
| Title | Deon L. Thomas vs Nelson, Watson & Associates, LLC | | |

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | JL | | |