1  Jeanne L. Zimmer (SBN 123321)
   Zimmerj@cmtlaw.com
2  J. Grace Felipe (SBN 190893)
   Felipeg@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Blvd., Suite 1214
4  Los Angeles, CA 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   NELSON, WATSON & ASSOCIATES, LLC
7

8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DEON L. THOMAS PRO SE | CASE NO. 2:12-cv-00701-CBM-OP |
| Plaintiff, | **DEFENDANT NELSON, WATSON & ASSOCIATES, LLC'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| NELSON, WATSON & ASSOCIATES, LLC, is a Domestic Limited Liability Company (LLC) | |
| Defendant(s) | Judge:  Hon. Consuelo B. Marshall<br>Date:   December 17, 2012<br>Time:   10:00 a.m.<br>Courtroom: 2 |
| | Complaint filed January 31, 2012<br>First Amended Complaint filed February 27, 2012 |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS**:

Pursuant to Local Rule 56-1, Defendant, NELSON, WATSON & ASSOCIATES, LLC (hereinafter "NWA") hereby submits its Separate Statement of Uncontroverted Facts and Conclusions of Law in support of Defendant's Motion For Summary Judgment filed concurrently herewith.

1

## UNCONTROVERTED FACTS

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 1. Plaintiff alleges that Defendant NELSON, WATSON & ASSOCIATES, LLC. obtained Plaintiff's credit report without Plaintiff's knowledge or consent in February 2009. | First Amended Complaint pp. 2-4 ¶ 8, 12, & 17. |
| 2. Plaintiff generally alleges that Defendant is a "debt collector" [as defined by the FCRA (15 U.S.C. § 1692a(6))] | First Amended Complaint p. 2 ¶ 7. |
| 3. Plaintiff alleges that Defendant violated the FCRA by "[o]btaining the consumer credit report of the plaintiff in February of 2009 with no permissible purpose or plaintiff's consent." | First Amended Complaint p. 2 &4, ¶¶10 & 18. |
| 4. Defendant NELSON, WATSON & ASSOCIATES, LLC. is a debt collection company. Defendant is regularly engaged by creditors to collect unpaid credit card accounts on behalf of those creditors. | Declaration of Daniel Kuzmitski in Support of Defendant NELSON, WATSON & ASSOCIATES, LLC.'s Motion for Summary Judgment.("Kuzmitski Decl." ¶6.) |
| 5. Plaintiff DEON THOMAS is the account holder of a past due credit card account placed with NELSON, WATSON & ASSOCIATES, LLC. | Kuzmitski Decl. ¶ 7. |

2

| UNCONTROVERTED FACTS | SUPPORTING EVIDENCE |
|---|---|
| 6. When a credit card account is placed with Defendant for collection, Defendant makes an inquiry into the debtor's credit report to assist in the collection of the unpaid account. | Kuzmitski Decl. ¶8. |
| 7. On December 17, 2008, Plaintiff's Capital One account no. xxxx-xxxx-xxxx-5256 was placed with Defendant for collection. | Kuzmitski Decl. ¶9, Exh. A. |
| 8. This account had an unpaid balance of $4,099.49. | Kuzmitski Decl. ¶10, Exh. A. |
| 9. On February 7, 2009, Defendant made an inquiry into Plaintiff's credit report in connection with the collection of this account. | Kuzmitski Decl. ¶11, Exh. A. |

## CONCLUSIONS OF LAW

1. Plaintiff's claims under the FCRA fail as a matter of law because NELSON, WATSON & ASSOCIATES, LLC was entitled to obtain Plaintiff's credit report to aid in the collection of his unpaid credit card account.

DATED: November 12, 2012          CARLSON & MESSER LLP


By: /s/ Jeanne L. Zimmer
Jeanne L. Zimmer
J. Grace Felipe
Attorneys for Defendant,
NELSON, WATSON & ASSOCIATES, LLC

# PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          )  ss.
COUNTY OF LOS ANGELES     )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **November 13, 2012**, I served the foregoing document described as: **DEFENDANT NELSON, WATSON & ASSOCIATES, LLC'S SEPARATE STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY FACSIMILE)
I transmitted via telecopier machine such document to the offices of the addressees. Executed on this 13th day of November, 2012, at Los Angeles, California.

☒ (FEDERAL)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **13th** day of **November 2012**, at Los Angeles, California.

*Kathryn A. Brown*
Kathryn A. Brown

<u>**Deon L. Thomas v. Nelson, Watson & Associates, LLC**</u>
**Our File No. 07013.00**

Deon L. Thomas                                    **Plaintiff Pro Se**
14626 Red Gum Street
Moreno Valley, CA  92555
Phone: (951) 413-9071
Email: dlthomas32@gmail.com