# EXHIBIT "A"

009/13

## CUSTOMER AGREEMENT

Welcome to Capital One.® We are pleased to have your credit card account. This Customer Agreement contains information about your account. Please read it and keep it for your records. Your contract with us for the card and account ("the Agreement") consists of this Customer Agreement, together with any changes to this Customer Agreement that we make as provided below, the Security Account Assignment Agreement (if applicable), Capital One Privacy Notice, and account disclosures provided and delivered to you prior to or at the time your account opened, including disclosures pursuant to requirements of Truth in Lending Act (hereinafter, "TILA Account Disclosures"), as well as any subsequent notices of changes to these documents, and any and all documents that include your signature (including by electronic or digital signature), sale slips or other evidence of any electronic or digital signature. In the Agreement the words "you", "your" and "yours" refer to each person who signed the application for the account (each, a "joint refer to each person who signed the application for the account (each, a "joint accountholder") and to anyone else who is authorized to use the account in any way (each, an "Authorized User"). Except as specifically stated herein, each of you individually and jointly obligated under this Agreement. The words "we", "us" and "our" mean Capital One Bank and its successors, assignee, agents and/or authorized representatives.

**Assignment.** We may transfer your account, this Security Account (if applicable), the Security Account Assignment Agreement (if applicable) and/or any of our rights under this Agreement to an assignee.

**Using Your Account.** You can make purchases and obtain cash advances (if cash advances are an option for your account) by taking your card, account number and any account access checks (including Purchase Checks, Convenience Checks, Special account access checks (including Purchase Checks, Convenience Checks, Special account access checks (including Purchase Checks, Convenience Checks, Special...

**Exchange Rate.** If you make a transaction in currency other than U.S. dollars, VISA International or MasterCard International will convert the charge or credit into a U.S. dollar amount in accordance with their operating regulations or conversion procedures in dollar amount in accordance with their operating regulations or conversion procedures in effect at the time the transaction is processed.

**Cash Advance Transactions.** If cash advances are an option for your account, you can use your account to purchase certain items that we regard as cash equivalent transactions.

**Your Credit Limit.** Your initial credit limit will be disclosed when your account is opened (or activated). Either initially, or at any later time, we may establish different credit limits...

**Additional Benefits and Services.** From time to time, we may offer you benefits and services with your account. Those benefits and services may be provided by us or third parties.

**Making Payments.** You promise to pay us and are liable for all amounts due...

**Periodic Statement.** Each month that you have a credit or debit balance of more than $1 in your account, we will send you a periodic statement at the end when required by applicable law.

**Finance Charge.** You will be assessed finance charges as previously disclosed to you as part of the TILA Account Disclosures or as we will disclose to you if required by applicable law.

**Temporary Reduction in Finance Charge.** We reserve the right not to assess any or all finance charges for any given billing period without waiving the right to assess such finance charges in a future billing period.

**Other Fees and Charges.** The following fees will be billed to the purchase segment of your account and will be treated as a purchase and applied against your available credit limit, unless otherwise specified, in every billing period in which they apply.

NWA000001
Confidential

005/13

**ARBITRATION. PLEASE SEE ENCLOSED "ARBITRATION PROVISION." PLEASE NOTE THAT THE TERMS INCLUDED IN THE ARBITRATION PROVISION ARE PART OF YOUR CUSTOMER AGREEMENT.**

© 2005 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

NWA000002
Confidential

D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
M-75733

## ARBITRATION AGREEMENT

IMPORTANT: THIS ARBITRATION PROVISION IS A PART OF YOUR CUSTOMER AGREEMENT

You and we agree that either you or we may, at either party's sole election, require that any Claim (as defined below) be resolved by binding arbitration.

IF YOU OR WE ELECT ARBITRATION OF A CLAIM, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO PURSUE THAT CLAIM IN COURT OR BEFORE A JUDGE OR JURY OR TO PARTICIPATE IN A CLASS ACTION OR ANY OTHER COLLECTIVE OR REPRESENTATIVE PROCEEDING. EXCEPT AS SET FORTH BELOW, THE ARBITRATOR'S DECISION WILL BE FINAL AND BINDING. OTHER RIGHTS THAT YOU WOULD HAVE IF YOU WENT TO COURT, INCLUDING THE RIGHT TO CONDUCT DISCOVERY OR TO APPEAL, MAY BE LIMITED OR UNAVAILABLE IN ARBITRATION. THE FEES ASSOCIATED WITH ARBITRATION MAY BE HIGHER THAN THE FEES ASSOCIATED WITH COURT PROCEEDINGS.

**Special Definitions for this Arbitration Provision.** For the purpose of this arbitration provision ("Arbitration Provision"), the italicized terms shall apply to definitions provided in your Customer Agreement ("Agreement").

"Claim" means any claim, controversy or dispute of any kind or nature between you and us.

[remainder of left column text illegible]

**Arbitration Administrators.** One of the following arbitration administrators ("Administrators" or, collectively, "Administrators") will administer the arbitration:

JAMS
1920 Main St., Ste. 300
Irvine, CA 92614
www.jamsadr.com

American Arbitration Ass'n
335 Madison Ave., Floor 10
New York, NY 10017-4605
www.adr.org

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405
www.arbitration-forum.com

You may contact any of the Administrators to obtain information about arbitration, arbitration rules and procedures, fee schedules and claim forms.

[remainder of left and right column text illegible]

© 2005 Capital One Services, Inc. Capital One is a federally registered services mark. All rights reserved.

NWA000003
Confidential



**peoplepc® online**
A better way to Internet.

First 3 months half-price

**$4.97** a month,
$9.95/mo. thereafter*

SIGN UP TODAY!
**1-877-778-1207**
Mention Offer Code: AMBER
or visit www.peoplepc.com/go/amber

PeoplePC Online offers the features you would
expect from higher-priced Internet Service Providers
at half-price for the first 3 months!

- Email Virus Protection
- Pop-Up Blocker™
- Spam Controls
- Smart Dialer
- Phisher Security
- Internet Call Waiting

**UNLIMITED INTERNET ACCESS**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $105.86 | $30.00 | $2.26 | $0.69 | $78.81 | $15.00 | Nov. 10, 2006 |

Sep. 11, 2006 – Oct. 12, 2006    Page 1 of 1

MasterCard Platinum Account
5178-0524-3806-5256

Your Account Information
TOTAL CREDIT LINE        $300.00
TOTAL AVAILABLE CREDIT   $221.19
CREDIT LINE FOR CASH     $300.00
AVAILABLE CREDIT FOR CASH $221.19

| Payments, Credits & Adjustments | | |
|---|---|---|
| 03 OCT | PAYMENT RECEIVED – THANK YOU. | $30.00 |

| Transactions | | |
|---|---|---|
| 12 OCT | PAYMENT PROTECTION 1-888-527-6904 | $0.69 |

Finance Charges (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $42.68 | 0.07090% | 25.90% | $0.59 |
| Cash | $35.83 | 0.07090% | 25.90% | $1.27 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 25.90% | |

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank & P.O. Box 60024 & City of Industry, CA 91716-0024

Send inquiries to:
Capital One & P.O. Box 30285 & Salt Lake City, UT 84130-0285

---

6056    506       2    7  10  061012      PAGE 1 OF 1    CCLK232B      018C6056

**PLEASE RETURN PORTION BELOW WITH PAYMENT**

**CapitalOne** what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $78.81 | $15.00 | Nov. 10, 2006 |

**PLEASE PAY AT LEAST THIS AMOUNT**

Amount Enclosed [           ]

Capital One Bank    4311
P.O. Box 60024
City of Industry, CA 91716-0024
%91716002424%

Account Number ████████-5256

Please print address or phone number changes below using blue or black ink.
Address _____

Home Phone _____ Alternate Phone _____
E-mail address _____

#9028683351949486# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751
%92555472512695%

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000004
Confidential

500004



**CapitalOne** | what's in your wallet?

DEON L THOMAS

It could happen to anyone. Make sure you pay the amount
due on your statement as soon as possible.

# WHOOPS!
## You're behind by 1 payment.

Keeping your credit in good standing can
do a lot more than you think.

GOOD CREDIT = GOOD CREDIT REFERENCES

BETTER INTEREST RATES
(good credit could mean lower interest rates)

IMPROVED CHANCES TO GET APPROVED FOR
LOANS (when you want to buy a home or new car)

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.   500006-08503

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $78.81 | $0.00 | $1.66 | $29.97 | $110.44 | $30.00 | Dec. 10, 2006 |

Oct. 13, 2006 - Nov. 10, 2006     Page 1 of 1

MasterCard Platinum Account
5178-0024-3808-5256

Your Account Information
TOTAL CREDIT LINE          $300.00
TOTAL AVAILABLE CREDIT     $189.56
CREDIT LINE FOR CASH       $300.00
AVAILABLE CREDIT FOR CASH  $189.56

Finance Charges (Please see reverse for important information)

| | Balance applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $23.69 | 0.0709% | 25.90% | $0.49 |
| Cash | $36.99 | 0.0709% | 25.90% | $1.17 |

ANNUAL PERCENTAGE RATE applied this period:   25.90%

Your account is one payment behind. Remember that making your minimum payment by the due date keeps
your account in good standing. Further missed payments may be reported to the national credit bureaus. So
make sure you send in the minimum amount due to keep your account in good standing.

Payments, Credits & Adjustments

| Transactions | | | |
|---|---|---|---|
| 1 | 10 NOV | PAST DUE FEE | $29.00 |
| 2 | 10 NOV | PAYMENT PROTECTION 1-888-537-6904 | $0.97 |

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid
this fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach
Capital One.

At Your Service 1-800-903-3637
To tell Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank ∎ P.O. Box 60024 ∎ City of Industry, CA 91716-0024

Send inquiries to:
Capital One ∎ P.O. Box 30285 ∎ Salt Lake City, UT 84130-0285

6056     506          1    7   10   061110     PAGE 1 of 1          01EC6056
PLEASE RETURN PORTION BELOW WITH PAYMENT

5256 10 01104400300000000003

**CapitalOne** | what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $110.44 | $30.00 | Dec. 10, 2006 |

PLEASE PAY AT LEAST
THIS AMOUNT

Amount Enclosed [          ]

Account Number ▮▮▮▮▮▮-5256

Please print address or phone number changes below using blue or black ink.
Address _____

Home Phone _____   Alternate Phone _____
                                    @
E-mail address _____

#0031583151949483# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751
%92555475126%

Capital One Bank          4344
P.O. Box 60024
City of Industry, CA 91716-0024
%91716002424%

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000009
Confidential

NWA000010
Confidential

S00027

# what's in **your best interest?**
## consolidating debt with Capital One® Home Loans.

Turn all those high-rate balances into one LOW, Fixed-Rate Home Equity Loan from Capital One and put more money back in your pocket month after month.

- LOW FIXED APR starting at 7.44%*
- Guaranteed FIXED Payment
- Close in 10 days or less
- Personal Loan Consultant

Call toll free 1-800-780-2607

Or visit www.capitalonehomeloans.com
Preferred Customer Number: 8501 026 242 0053

Contact us for your FREE no-obligation debt relief consultation.



*APR (annual percentage rate) is effective as of 10/10/06 and subject to change at any time. APR is based on an excellent credit history, minimum $40,000 loan amount, 80% combined loan-to-value ratio, and a 20-year fixed-rate second-lien mortgage. Additional terms and restrictions apply.
Capital One is an Equal Housing Lender. See reverse for additional important information.

*Capital One*
Home Loans

**Home Equity Loans | Mortgages | Refinancing | Debt Consolidation**



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $110.44 | $45.00 | $2.15 | $20.77 | $86.36 | $15.00 | Jan. 10, 2007 |

Nov. 11, 2006 – Dec. 11, 2006    Page 1 of 1

MasterCard Platinum Account
5178-0524-3808-5256

Your Account Information
TOTAL CREDIT LINE          $300.00
TOTAL AVAILABLE CREDIT     $211.64
CREDIT LINE FOR CASH       $300.00
AVAILABLE CREDIT FOR CASH  $211.64

**Payments, Credits & Adjustments**
| | | | |
|---|---|---|---|
| 1 | 15 NOV | ELECTRONIC PAYMENT | $15.00- |
| 2 | 04 DEC | ELECTRONIC PAYMENT | $30.00- |

**Transactions**
| | | | |
|---|---|---|---|
| 3 | 01 DEC | UNION 76   10019701 MORENO VALLEY CA | $20.00 |
| 4 | 11 DEC | PAYMENT PROTECTION 1-888-527-6904 | $0.77 |

**Finance Charges** (Please see reverse for important information)
| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $41.81 | 0.070969% | 25.90% | $0.92 |
| Cash | $55.96 | 0.070969% | 25.90% | $1.23 |

ANNUAL PERCENTAGE RATE applied this period:   25.90%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank ｜ P.O. Box 60024 ｜ City of Industry, CA 91716-0024

Send inquiries to:
Capital One ｜ P.O. Box 30285 ｜ Salt Lake City, UT 84130-0285

---

PAGE 1 OF 1
PLEASE RETURN PORTION BELOW WITH PAYMENT

**Capital One** | what's in your wallet?                    Account Number          -6256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $86.36 | $15.00 | Jan. 10, 2007 |

PLEASE PAY AT LEAST
THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address

Home Phone          Alternate Phone

E-mail address

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

#90346831519494689 MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month.*

* Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 07/31/2006. Actual lower payment may vary. In some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to the interest rate, points and fees for a loan.

© 2006 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

**Home Equity Loans | Mortgages | Refinancing | Debt Consolidation**



NWA000012
Confidential



Look in a low FIXED 7.67 % APR * today
with a Home Equity Loan from CapitalOne

■ Consolidate debt, make home improvements,     ■ 100% tax-deductible interest
   pay car loans—you choose                         (check with your tax advisor)
■ Close your loan in 10 days or less             ■ $0 closing cost options available

Call your Personal Home Loan Consultant today!

**Preferred Customer Number:**
8670 046 300 2027

1-800-760-2493
Mon–Fri 8 a.m.–8 p.m. and Sat 10 a.m.–1 p.m. EST     Capital One is an Equal Housing Lender.
Or apply online at www.capitalonehomeloans.com

**CapitalOne**
Home Loans

LENDER



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $88.36 | $15.00 | $4.87 | $195.15 | $273.38 | $15.00 | Feb. 10, 2007 |

Dec. 12, 2006 – Jan. 10, 2007     Page 1 of 1

MasterCard Platinum Account
5178-0524-3806-7256

**Your Account Information**
TOTAL CREDIT LINE              $300.00
TOTAL AVAILABLE CREDIT         $28.62
CREDIT LINE FOR CASH           $300.00
AVAILABLE CREDIT FOR CASH      $28.62

**Payments, Credits & Adjustments**                              $15.00
1    05 JAN   ELECTRONIC PAYMENT

**Transactions**                                                 $192.74
3    20 DEC   MACY'S #043 MORENO VALLEY CA            $22.41
3    30 JAN   PAYMENT PROTECTION 1-888-537-4904

**Finance Charges**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $172.03 | 0.0708696% | 25.50% | $3.66 |
| Cash | $56.63 | 0.0708696% | 25.50% | $1.21 |

ANNUAL PERCENTAGE RATE applied this period:    25.50%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fi P.O. Box 60024 fi City of Industry, CA 91716-0024

Send inquiries to:
Capital One fi P.O. Box 30285 fi Salt Lake City, UT 84130-0285



PAGE 2 of 2
PLEASE RETURN PORTION BELOW WITH PAYMENT

0 ████████6256 10 0273380015000015002

**CapitalOne** | what's in your wallet®          Account Number ████████-5268

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $273.38 | $15.00 | Feb. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Please print address or phone number changes below using blue or black ink.
Address _____

Home Phone _____     Alternate Phone _____

Amount Enclosed   $ _____          E-mail address _____

#90011831519494868 MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank     ½4041¼
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000013
Confidential

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month.*

* Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 10/31/2006. Actual lower payment may vary in some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation. 10-day closing option requires minimum loan amount of $50,000 and is not available with all products. Sample availability as of 11/07/2006: $50,000 10-yr. fixed-rate home equity loan at 9.40% APR.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to the interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation



NWA000014
Confidential

500053

## Financial flexibility with one low rate

Apply today for your Home Equity Line of Credit from Capital One, and use your new low rate to pay off high-interest debt.

- Rates as low as Prime, currently **8.25% APR**
- Loan amounts $20,000 to $500,000
- $0 closing cost options available

You can also take advantage of our other home loan products, including mortgages and refinancing offers.

*Variable annual percentage rate as published in the "Money & Investing" section of The Wall Street Journal as of 01/25/07. Minimum APR is 18.00%.

Capital One is an Equal Housing Lender.
See reverse for additional important information.

### 8.25% APR*

Call now for rates as low as Prime, currently 8.25% annual percentage rate (APR), and close your loan in 10 days or less!

For a Home Equity Line of Credit, call
**1-800-760-2607**
Mon-Fri 8 a.m.–8 p.m., Sat 10 a.m.–1 p.m. EST
or apply online at
www.capitalonehomeloans.com

Preferred Customer Number:
8789 038 376 8342



---

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $273.38 | $144.00 | $4.23 | $1.18 | $134.79 | $15.00 | Mar. 10, 2007 |

Jan. 11, 2007 – Feb. 10, 2007      Page 1 of 1



Payments, Credits & Adjustments                                    $144.00-
1   24 JAN   PAYMENT

Transactions                                                        $1.18
2   10 FEB   PAYMENT PROTECTION 1-888-527-0904

*** Please Note *** Some of the terms of your account are changing. Please read the enclosed notification.

MasterCard Platinum Account
5178-0324-3908-5256

Your Account Information
TOTAL CREDIT LINE            $500.00
TOTAL AVAILABLE CREDIT       $365.21
CREDIT LINE FOR CASH         $100.00
AVAILABLE CREDIT FOR CASH    $165.21

Finance Charge  (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchase | $135.01 | 0.070496% | 25.90% | $2.99 |
| Cash | $36.17 | 0.070496% | 25.90% | $1.24 |
| ANNUAL PERCENTAGE RATE applied this period: | | | 25.90% | |

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank ■ P.O. Box 60024 ■ City of Industry, CA 91716-0024

Send inquiries to:
Capital One ■ P.O. Box 30285 ■ Salt Lake City, UT 84130-0285

---

6058     505          1   7   10  070210   PAGE 1 of 1          0LRC6056
                                  PLEASE RETURN PORTION BELOW WITH PAYMENT

0                          5256 10 0134790144000015005

**Capital One** | what's in your wallet?®          Account Number ____-5266

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $134.79 | $15.00 | Mar. 10, 2007 |

PLEASE PAY AT LEAST
THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address
Home Phone:                          Alternate Phone
E-mail address                         @

#9004283153949483# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751
%92355475%269%

Capital One Bank          %405%%
P.O. Box 60024
City of Industry, CA 91716-0024
%91716002424%%

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000015
Confidential

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month.†

† Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 10/31/2006. Actual lower payments may vary. In some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation. 30-closing-cost option requires minimum loan amount of $80,000 with a $25,000 minimum draw size and is now available with all products. Sample availability as of 01/30/07: $80,000 20-yr. variable rate home equity line of credit with $25,000 draw size, currently at 9.25% APR. Additional terms and restrictions apply.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualifications for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to use the interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

**Home Equity Loans | Mortgages | Refinancing | Debt Consolidation**



NWA000016
Confidential



Lock in a low **FIXED 7.44% APR\*** today
with a **Home Equity Loan** from Capital One®

■ Consolidate debt, make home improvements, pay car loans—you choose
■ Close your loan in 10 days or less

■ Low FIXED annual percentage rate (APR) starting at 7.44%\*
■ $0 closing cost options available

**Call your Personal Home Loan Consultant today!**
1-800-780-2493

Preferred Customer Number:
6965 026 336 8476
Capital One is an Equal Housing Lender.

Capital One® Home Loans™



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $134.79 | $140.00 | $0.00 | $0.00 | $5.21 | $0.00 | Apr. 10, 2007 |

Feb. 11, 2007 — Mar. 10, 2007    Page 1 of 1

MasterCard Platinum Account
3178-0524-3808-3256

Your Account Information
TOTAL CREDIT LINE          $300.00
TOTAL AVAILABLE CREDIT     $300.00
CREDIT LINE FOR CASH       $300.00
AVAILABLE CREDIT FOR CASH  $300.00

Financial, Credits & Adjustments
17 FEB     CAPITAL ONE ONLINE ACH PAYMENT        $140.00
Credit balance -- Do not pay

| Finance Charge | Balance subject applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.07096% | 25.90% | $0.00 |
| Cash | $0.00 | 0.07096% | 25.90% | $0.00 |

ANNUAL PERCENTAGE RATE applied this period: 0.00%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fl P.O. Box 60024 fl City of Industry, CA 91716-0024

Send inquiries to:
Capital One fl P.O. Box 30285 fl Salt Lake City, UT 84130-0285



PAGE 2 of 2
PLEASE RETURN PORTION BELOW WITH PAYMENT

**Capital One®**  what's in your wallet?®

Account Number ......-5256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $5.21 | $0.00 | Apr. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address

Home Phone          Alternate Phone
E-mail address

DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month.¹

¹ Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 12/31/2006. Actual lower payment may vary. In some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation. $0 closing-cost option requires minimum loan amount of $10,000 and is not available with all products. Sample availability as of 01/08/07: $40,000 20-yr. fixed-rate home equity loan at 9.49% APR. Additional terms and conditions apply.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualifications for income, credit, and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to, in the interest rate, price, or fee for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

**Home Equity Loans | Mortgages | Refinancing | Debt Consolidation**

500085

# 7.56% APR*

### (We printed this big because we know it matters to you.)

APR (annual percentage rate) is obviously a very important factor when looking for a Fixed-Rate Home Equity Loan, and most of your options will have a similar rate. But here are some of the ways that Capital One® Home Loans takes out the hassle:

- Customized loan amounts from $20,000 to $500,000
- $0 closing cost options available
- Close in 10 days or less

No Hassles From Call To Close. Your Personal Loan Consultant Will Handle Everything.

Or visit www.capitalonehomeloans.com

Call toll free 1-800-760-2607

Preferred Customer Number: 6005 036 332 4848

Capital One® Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $5.21- | $0.00 | $8.13 | $220.97 | $223.89 | $15.00 | May. 10, 2007 |

Mar. 11, 2007 - Apr. 10, 2007   Page 1 of 1

**MasterCard Platinum Account:**
5178-0524-5808-5256

Your Account Information
TOTAL CREDIT LINE                $300.00
TOTAL AVAILABLE CREDIT           $76.11
CREDIT LINE FOR CASH             $300.00
AVAILABLE CREDIT FOR CASH        $76.11

Payments, Credits & Adjustments
Transactions
01 APR   OCA* BUFFALO BILLS PREMI NV
02 APR   CASH FRONT END FINANCE CHARGE
10 APR   PAYMENT PROTECTION 1-888-327-0204.

| Finance Charges (Please see reverse for important information) | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $0.00 | 0.07090% | 25.90% | $0.00 |
| Cash | $71.09 | 0.07090% | 25.90% | $1.56 |

ANNUAL PERCENTAGE RATE applied this period:   44.16%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank & P.O. Box 60024 & City of Industry, CA 91716-0024

Send inquiries to:
Capital One & P.O. Box 30285 & Salt Lake City, UT 84130-0285

PLEASE RETURN PORTION BELOW WITH PAYMENT

CapitalOne | what's in your wallet?®

6256 10 0223890140000015009

Account Number                5256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $223.89 | $15.00 | May. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address

Home Phone                Alternate Phone

E-mail address            @

#90101831519494874 MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000019
Confidential

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customer lowers their payments an average of $400 per month.*

* Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 12/31/2006. Actual lower payment may vary. In some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation. $0-closing-cost option requires minimum loan amount of $50,000 and is not available with all products. Sample availability as of 2/07/07; $80,000 30-yr. fixed-rate home equity loan at 8.56% APR. Additional terms and conditions apply.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to the interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans  |  Mortgages  |  Refinancing  |  Debt Consolidation



NWA000020
Confidential



# LOCK INTO IT

Lock in a low FIXED APR today with a Home Equity Loan from Capital One.

✔ Low FIXED rate from 7.56% APR*

✔ FIXED monthly payments

✔ No hidden fees

Call toll free:
Mon-Fri, 8am-8pm; Sat 10am-1pm EST
1-800-760-2493
Or visit capitalonehomeloans.com
Preferred Customer Number:
9105 056 243 7023

CapitalOne
Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $223.89 | $100.00 | $4.05 | $52.60 | $180.54 | $15.00 | Jun. 10, 2007 |

Apr. 11, 2007 – May. 10, 2007     Page 1 of 1



Payments, Credits & Adjustments                                    $100.00
1   27 APR   ELECTRONIC PAYMENT                                     -$8.00

Transactions
1   24 APR   TRANSCRIPT ORD6006442838 8474687422 IL        $22.84
2   04 MAY   STATER BROS #172 MORENO VALLEY CA              $8.37
3   07 MAY   JACK IN THE BOOO633Q43 MORENO VALLEY CA        $3.80
4   08 MAY   LESLIE'S POOL SPLY MORENO VALLE CA             $9.39
5   10 MAY   PAYMENT PROTECTION 1-888-527-6905

MasterCard Platinum Account
3178-0524-3809-9256

Your Account Information
TOTAL CREDIT LINE               $300.00
TOTAL AVAILABLE CREDIT          $119.46
CREDIT LINE FOR CASH            $300.00
AVAILABLE CREDIT FOR CASH       $119.46

Capital One Home Loans offers a variety of no hassle home loan products, including first mortgages, refinance and debt consolidation loans, as well as home equity loans and lines of credit. Our team of experienced professionals understands that your situation is unique so your loan solution should be too. You'll have the one-on-one attention of the same personal loan consultant from start to close. Visit www.capitalonehomeloans.com for more information. Capital One is an Equal Housing Lender.

Finance Charges   Please see reverse for important Information
| | Balance applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $12.86 | 0.07096% | 25.90% | $0.27 |
| Cash | $177.33 | 0.07096% | 25.90% | $3.78 |

ANNUAL PERCENTAGE RATE applied this period:  25.90%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fl P.O. Box 60024 fl City of Industry, CA 91716-0024

Send inquiries to:
Capital One fl P.O. Box 30285 fl Salt Lake City, UT 84130-0285

PAGE 1 OF 2                                    01BC6056
PLEASE RETURN PORTION BELOW WITH PAYMENT

0 ████████████5256 ID 0180540100000015009

CapitalOne   what's in your wallet?                Account Number ████████-5256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $180.54 | $15.00 | Jun. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address

Home Phone              Alternate Phone
E-mail address                    @

*9001383153949484# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000021
Confidential

Don't forget you can use your home's equity to consolidate debt, make home improvements or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month!

† Lower average monthly payment claim based on four month's payment on non-purchase loans, exclusive of closing costs, that closed between 01/01/2006 and 12/31/2006. Actual lower payment may vary. In some cases, refinancing to pay off existing debt may extend the term of the debt, possibly resulting in higher overall costs.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to set the interest rate priced and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

**Home Equity Loans  |  Mortgages  |  Refinancing  |  Debt Consolidation**





NWA000023
Confidential

Don't forget you can use your home's equity to make home improvements, consolidate debt or have cash on hand for unexpected expenses.

**Our customers lower their payments an average of $400 per month!**

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

NWA000024
Confidential

A Capital One® Home Equity Loan
no hassles, no gotchas



**LOCK IN A FIXED RATE BELOW PRIME**

- Fixed APRs below Prime, currently **7.58%***
- Lower your monthly payments by an average of $400†
- No hidden fees

Call toll free 1-800-760-2493,     or visit   www.capitalonehomeloans.com
Preferred Customer Number: 5077 051 104 4186
Phone Hours Mon-Fri 8 a.m.-8 p.m. and Sat 10 a.m.-3 p.m. EST

**CapitalOne** Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $278.65 | $60.00 | $5.74 | $52.14 | $276.53 | $15.00 | Aug. 10, 2007 |

Jun. 17, 2007— Jul. 16, 2007     Page 1 of 1

MasterCard Platinum Account
5178-0524-3908-5256

Your Account Information
TOTAL CREDIT LINE          $300.00
TOTAL AVAILABLE CREDIT     $23.47
CREDIT LINE FOR CASH       $300.00
AVAILABLE CREDIT FOR CASH  $23.47

| Payments, Credits & Adjustments | | |
|---|---|---|
| 26 JUN | CAPITAL ONE ONLINE ACH PAYMENT | $30.00 |
| 06 JUL | CAPITAL ONE ONLINE ACH PAYMENT | $30.00 |

| Transactions | | |
|---|---|---|
| 04 JUN | SHOPPER 800-4624402 UT | $9.93 |
| 04 JUL | EZ SAVER ID048028027 800-262-6199 PA | $14.55 |
| 05 JUL | AMER LEIS ID048028037 877-564-8538 MD | $14.95 |
| 14 JUL | 896 FASTRIP FOOD S OAK MORENO VALLEY CA | $0.86 |
| 16 JUL | PAYMENT PROTECTION 1-888-527-0904 | $2.43 |

Finance Charge    (Please review for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchase | $145.83 | 0.07096% | 25.90% | $3.10 |
| Cash | $124.19 | 0.07096% | 25.90% | $2.64 |

ANNUAL PERCENTAGE RATE applied this period:   25.90%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank ✦ P.O. Box 60024 ✦ City of Industry, CA 91716-0024

Send inquiries to:
Capital One ✦ P.O. Box 30285 ✦ Salt Lake City, UT 84130-0285

PLEASE RETURN PORTION BELOW WITH PAYMENT AND LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ON LINE

**CapitalOne** what's in your wallet?®

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $276.53 | $15.00 | Aug. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number _____-5256

Please print address or phone number changes below using blue or black ink.
Address
Home Phone _____  Alternate Phone _____
E-mail address

DEON L THOMAS
14626 RED OAK ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

Don't forget you can use your home's equity to make home improvements, consolidate debt or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month!

Rate locks vary by product selected and are obtainable after underwriting and approval of the loan.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing costs may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to enter into a loan at any particular rate, first for a time.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

© 1GMS096 - S - 04/1097



# 7.96% APR*

### (We printed this big because we know it matters to you.)

APR is obviously a very important factor when looking for a Fixed-Rate Home Equity Loan, and most of your options will have a similar rate. But here are some of the ways that Capital One® Home Loans takes out the hassle:

- Customized loan amounts from $20,000 to $500,000
- $0 closing cost options available
- Close in 10 days or less

No Hassles From Call To Close. Your Personal Home Loan Consultant Will Handle Everything.

Or visit **www.capitalonehomeloans.com**

Call toll free 1-800-760-2607
Mon.-Fri. 8am-9pm Sat. 10am-7pm EST

Reservation Number: 5087 031 370 4248

Capital One® Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $276.53 | $60.00 | $6.31 | $93.74 | $316.58 | $19.00 | Sep. 10, 2007 |

Jul. 17, 2007 — Aug. 16, 2007      Page 1 of 1

MasterCard Platinum Account
5178-0524-5608-5256

**Your Account Information**
TOTAL CREDIT LINE .......... $300.00
TOTAL AVAILABLE CREDIT .......... $0.00
CREDIT LINE FOR CASH .......... $300.00
AVAILABLE CREDIT FOR CASH .......... $0.00

| Payments/Credits & Adjustments | | |
|---|---|---|
| 02 AUG | CAPITAL ONE ONLINE ACH PAYMENT | $40.00- |
| 16 AUG | CAPITAL ONE ONLINE ACH PAYMENT | $20.00- |

| Transactions | | |
|---|---|---|
| 24 JUL | SHOPPER 800-4624#02 VT | $9.95 |
| 01 AUG | EZSAVER ID048928027 800-262-6199 PA | $14.95 |
| 02 AUG | AMER LEIS ID048928027 877-564-8538 MD | $14.95 |
| 13 AUG | DR *SmgboSupp/ar 877-414-5117 CO | $32.27 |
| 16 AUG | PAYMENT PROTECTION 1-888-527-5904 | $2.62 |
| 16 AUG | OVERLIMIT FEE AUG 14, 2007 | $19.00 |

**Finance Charges   (Please see reverse for important information)**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $162.47 | 0.0709696% | 25.90% | $2.57 |
| Cash | $124.69 | 0.0709696% | 25.90% | $2.74 |

**ANNUAL PERCENTAGE RATE applied this period: 25.90%**

At Your Service 1-800-903-3637
To tell Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank fl P.O. Box 60024 fl City of Industry, CA 91716-0024

Send inquiries to:
Capital One fl P.O. Box 30285 fl Salt Lake City, UT 84130-0285

Capital One Home Loans offers a variety of at-home home loan products, including first mortgage, refinance and debt consolidation loans, as well as home equity loans and lines of credit. Our team of experienced professionals understands that your situation is unique so is your loan solution should be too. You'll have the one-on-one attention of one personal home loan consultant from call to close. Visit www.capitalonehomeloans.com for more information.
Capital One is an Equal Housing Lender.

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE

0 ████████6256 16 03165002000019005

**Capital One** | what's in your wallet?

Account Number ████████-6256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $316.58 | $19.00 | Sep. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address _____
Home Phone _____ Alternate Phone _____
E-mail address _____

#9022983151949486# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

**Don't forget you can use your home's equity to make home improvements, consolidate debt or have cash on hand for unexpected expenses.**

## Our customers lower their payments an average of $400 per month!

† Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 04/01/2006 and 03/31/2007. Actual home payment may vary. In some cases, refinancing to pay off existing debt may exceed the term of the debt, possibly resulting in higher overall costs.

10-day claim calculated from receipt of completed application and all required supporting documentation. $0 closing-cost option requires minimum loan amount of $30,000 and is available with all products. Sample availability as of 6/25/2007; $80,000 20-yr. fixed-rate home equity loan at 8.46% APR. Monthly payment for this example is $691. Additional terms and conditions apply.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment to this interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

## A Capital One® Home Equity Loan

no hassles, no gotchas

# LOCK IN
## A FIXED RATE
### BELOW PRIME

- Fixed APRs below Prime, currently **7.96%***
- Lower your monthly payments by an average of $400†
- No hidden fees

Call toll free  1-800-760-2493,   or visit   www.capitalonehomeloans.com
Reservation Number: 5097 041 050 2894
Phone hours: Mon-Fri 8 a.m. and Sat 10 a.m.-1 p.m. EST

*Capital One*
Home Loans

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $316.58 | $118.32 | $30.40 | $1,783.63 | $2,012.29 | $60.00 | Oct. 12, 2007 |

Aug. 17, 2007 — Sep. 17, 2007   Page 1 of 2

MasterCard Platinum Account
5178-0524-3808-3256

Your Account Information:
TOTAL CREDIT LINE        $2,500.00
TOTAL AVAILABLE CREDIT   $787.71
CREDIT LINE FOR CASH     $2,500.00
AVAILABLE CREDIT FOR CASH $787.71

ANNUAL PERCENTAGE RATE applied this period:

PLEASE RETURN PORTION BELOW WITH PAYMENT TO MAKE YOUR PAYMENT ONLINE

*Capital One*   what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $2,012.29 | $60.00 | Oct. 12, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number

Please print address or phone number changes below using blue or black ink.
Address
Home Phone            Alternate Phone
E-mail address

MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000029
Confidential

Don't forget you can use your home's equity to make home improvements, consolidate debt or have cash on hand for unexpected expenses.

Our customers lower their payments an average of $400 per month!

Rate locks vary by product selected and are obtainable after underwriting and approval of the loan.

Offer intended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for income, credit and property. The actual closing times may vary based upon the state in which the property is located. This is not a commitment to make a loan or a commitment in the interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

**Home Equity Loans | Mortgages | Refinancing | Debt Consolidation**

NWA000030
Confidential

S00017

**Capital**One®

Keep your
*Finances Fit*

- Know your credit limit and the amount of credit available for your use.

- Maintain a good credit history...it affects more areas of your life than just your ability to get a credit card.

- Use a budget to help you see what you can afford to buy now and to help you save for the future.

- Understand that the cost of credit includes fees as well as interest.

- Request a copy of your credit report from a credit reporting bureau regularly.



Aug. 17, 2007— Sep. 17, 2007      Page 2 of 2

MasterCard Platinum Account
5178-0524-3808-3256

Your Account Information
TOTAL CREDIT LINE            $2,800.00
TOTAL AVAILABLE CREDIT         $787.71
CREDIT LINE FOR CASH        $2,800.00
AVAILABLE CREDIT FOR CASH      $787.71

NWA000031
Confidential



# 6.53% APR*

**(We printed this big because we know it matters to you.)**

APR is obviously a very important factor when looking for a Fixed-Rate Home Loan, and most of your options will have a similar rate. But here are some of the ways that Capital One® Home Loans takes out the hassle:

- Customized loan amounts from $20,000 to $500,000
- Guaranteed FIXED payments
- No-hassle loan process

No Hassles From Call To Close. Your Personal Home Loan Consultant Will Handle Everything.

**Or visit www.capitalonehomeloans.com**

Call toll free 1-800-760-2607
Mon. Fri. 8am 8pm; Sat. 10am 1pm EST          Reservation Number 5107 051 194 3765

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,012.29 | $150.00 | $51.93 | $882.28 | $2,796.50 | $83.00 | Nov. 10, 2007 |

Sep. 18, 2007—Oct. 16, 2007          Page 1 of 1

**MasterCard Platinum Account**
5178-0524-3808-5256

Your Account Information
TOTAL CREDIT LINE          $2,800.00
TOTAL AVAILABLE CREDIT     $3.50
CREDIT LINE FOR CASH       $2,800.00
AVAILABLE CREDIT FOR CASH  $3.50

**Finance Charges**
| | Balance rate applied to | Periodic Rate | FINANCE CHARGE APR | |
|---|---|---|---|---|
| Purchases | $2,398.76 | 0.070961% | 25.90% | $49.36 |
| Cash | $124.90 | 0.070961% | 25.90% | $2.57 |
| ANNUAL PERCENTAGE RATE applied this period: | | 23.90% | | |

**At Your Service** 1-800-903-3637
To Call Customer Relations or to report a lost or stolen card.

Send payments to:
Capital One Bank & P.O. Box 60024 & City of Industry, CA 91716-0024

Send inquiries to:
Capital One & P.O. Box 30285 & Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement in Your Capital One statement.

| Payments, Credits & Adjustments | |
|---|---|
| 06 OCT CAPITAL ONE ONLINE ACH PAYMENT | $150.00 |

| Transactions | |
|---|---|
| 22 SEP DR SPORTS LOUNGE CARSON CA | $22.33 |
| 11 SEP SHOE MAGNATE GARDENA CA | $22.00 |
| 20 SEP 11-FATTRAE #000002 SAN DIEGO CA | $38.70 |
| 22 SEP SHOPTER KOH 034J02 VT | $89.95 |
| 23 SEP TRANSCRT OEL00004414 B04146622 IL | $14.25 |
| 24 SEP CIRCLE K 01F75 Q04 MORENO VALLEY CA | $67.10 |
| 25 SEP UNION 76 4221136 ANAHEIM CA | $20.00 |
| 26 SEP 78 AUTOMOTIVE MORENO VALLEY CA | $475.00 |
| 27 SEP CIRCLE K 01F75 Q04 MORENO VALLEY CA | $20.25 |
| 01 OCT BOX SPRINGS STATION RIVERSIDE CA | $20.00 |
| 07 OCT 11-FATTRAE 000001 SAN DIEGO CA | $40.00 |
| 11 OCT MUNICIPAL DMV BUREAU 800987 CA | $103.00 |
| 13 OCT PAYMENT PROTECTION 1-888-557-9904 | $24.66 |

Capital One Home Loans offers a variety of no hassle home loan products, including first mortgages, refinance and debt consolidation loans, as well as home equity loans and lines of credit. Our team of experienced professionals understands that your situation is unique so your loan solution should be too. You'll love the no-hassle attention of the same personal loan consultant from call to close. Visit www.capitalonehomeloans.com for more information. Capital One is an Equal Housing Lender.

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE

0          5256 16 279650015000083001

**Capital One®** what's in your wallet?*          Account Number          5256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $2,796.50 | $83.00 | Nov. 10, 2007 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address
Home Phone          Alternate Phone
E-mail address

#902290831529494880# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000032
Confidential

**Don't forget you can use your home's equity to make home improvements, consolidate debt or have cash on hand for unexpected expenses.**

**Our customers lower their payments an average of $400 per month!**

* Lower average monthly payment claim based on first month's payment on non-purchase loans, exclusive of closing costs, that closed between 04/01/2006 and 03/31/2007. Actual lower payment may vary. In some cases, refinancing to pay off existing debt may exceed the term of the debt, possibly resulting in higher overall costs.

Offer extended for qualified applicants only. Terms and conditions may change at any time. Not all loan products or terms are available in all states. Actual loan terms are subject to qualification for the product, credit and property. The actual closing times may vary based upon the area in which the property is located. This is not a commitment to make a loan or a prequalification or the interest rate, points and fees for a loan.

© 2007 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

Home Equity Loans | Mortgages | Refinancing | Debt Consolidation

NWA000033
Confidential



## Capital One Auto Buying℠ makes car-buying easier.

**We're your shortcut to a great deal.**

Because you're already a Capital One® customer, you qualify for special, low, No Hassle pricing on a huge selection of new and used cars at exclusive partner dealerships near you. Less time at the dealership, a quick buying process, and a great low price all add up to our No Hassle promise when you buy your next car.

- ✓ Low, No Hassle pricing
- ✓ No negotiating needed
- ✓ Huge inventory of new and used vehicles

✓ No Hassle

Visit Capital One's Auto Buying program at www.capitaloneautobuying.com today.



NWA000034
Confidential

NWA000035
Confidential



**Capital One auto buying** We're your shortcut to a great deal. ✓ No Hassle

## Capital One Auto Buying makes car-buying easier.

Because you're already a Capital One® customer, you qualify for special, low, No Hassle pricing on a huge selection of new and used cars at exclusive partner dealerships near you. Less time at the dealership, a quick buying process, and a great low price all add up to our No Hassle promise when you buy your next car.

✓ Low, No Hassle pricing
✓ No negotiating needed
✓ Huge inventory of new and used vehicles

Visit Capital One's Auto Buying program at www.capitaloneautobuying.com today.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,708.75 | $750.00 | $40.78 | $88.99 | $2,088.50 | $62.00 | Jan. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Nov. 17, 2007 — Dec. 17, 2007       Page 1 of 1

**MasterCard Platinum Account**
5178-0324-3808-5256

Your Account Information
TOTAL CREDIT LINE                      $2,500.00
TOTAL AVAILABLE CREDIT              $2,711.50
CREDIT LINE FOR CASH                   $2,500.00
AVAILABLE CREDIT FOR CASH        $2,711.50

Payments, Credits & Adjustments
07 DEC   CAPITAL ONE ONLINE ACH PA AMADM# 07-D EC.   -$250.00
11 DEC   CAPITAL ONE ONLINE ACH PA AMADM# 11-D BC   -$500.00

Transactions
11 DEC   SUPERIOR #123   SJM MORENO VALLEY CA   $27.48
11 DEC   KAISER 508-1859-273703 MORENO VALLEY CA   $10.00
15 DEC   CIRCUIT CITY SS #0249 MORENO VALLEY CA   $33.09
17 DEC   PAYMENT PROTECTION 1-888-527-4904   $18.42

Finance Charges (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $2,414.78 | 0.05110%P | 18.65% | $38.25 |
| Cash | $124.74 | 0.06479%P | 23.65% | $2.51 |

ANNUAL PERCENTAGE RATE applied this period:   19.34%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank S P.O. Box 60024 S City of Industry, CA 91716-0024

Send inquiries to:
Capital One S P.O. Box 30285 S Salt Lake City, UT 84130-0285

Here's a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement at www.capitalone.com/disputes

0          52S6 16 2088S00500000062000

**Capital One** what's in your wallet?®

Account Number           -5256

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $2,088.50 | $62.00 | Jan. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Please print address or phone number changes below using blue or black ink.
Address
Home Phone                    Alternate Phone
E-mail address                    @

#0005282315249486# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000036
Confidential

NWA000037
Confidential



## Capital One Auto Buying makes car-buying easier.

**Capital One auto buying** — We're your shortcut to a great deal.

Because you're already a Capital One® customer, you qualify for special, low, No Hassle pricing on a huge selection of new and used cars at exclusive partner dealerships near you. Less time at the dealership, a quick buying process, and a great low price all add up to our No Hassle promise when you buy your next car.

✓ Low, No Hassle pricing
✓ No negotiating needed
✓ Huge inventory of new and used vehicles

✓ No Hassle

Visit Capital One's Auto Buying program at www.capitaloneautobuying.com today.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,088.50 | $350.00 | $30.83 | $415.09 | $2,184.42 | $85.00 | Feb. 11, 2008 |

Dec. 18, 2007 – Jan. 16, 2008     Page 1 of 1

MasterCard Platinum Account
5178-0524-3808-5256

Your Account Information
TOTAL CREDIT LINE            $2,800.00
TOTAL AVAILABLE CREDIT       $815.58
CREDIT LINE FOR CASH         $2,800.00
AVAILABLE CREDIT FOR CASH    $815.58

**Payments, Credits & Adjustments**
26 DEC   CAPITAL ONE ONLINE ACH PA AutAD### 36-D RC     $350.00

**Transactions**
19 DEC   SRR*SIRIUS RADIO 888-539-7474 NY        $35.74
19 DEC   SRR*SIRIUS STORE 800-422-7142 NY        $53.86
04 JAN   BENIHANA #ON ONTARIO CA                 $172.95
04 JAN   Q05 MORENO VALLEY CA                    $30.32
07 JAN   7-ELEVEN 33157   Q05 MORENO VALLEY CA   $152.96
10 JAN   FAMOUS FOOTWEAR #2625 MORENO VALLEY CA  $19.26
16 JAN   PAYMENT PROTECTION 1-888-527-6904

**Finance Charge** (Please see reverse for important information)
| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchase | $1,908.57 | 0.04973%* | 18.15% | $28.48 |
| Cash | $123.72 | 0.06342%* | 23.15% | $2.35 |

ANNUAL PERCENTAGE RATE applied this period:   18.20%

At Your Service 1-800-903-3637
To call Customer Relations or to report a lost or stolen card:

Send payments to:
Capital One Bank P.O. Box 60024 City of Industry, CA 91716-0024

Send inquiries to:
Capital One P.O. Box 30285 Salt Lake City, UT 84130-0285

Have a question about a charge on your statement?
Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

---

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE

6056   506       1   07 16  004116   PAGE 1 of 1

0        5256 16 2184420350000065002

**Capital One** what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $2,184.42 | $85.00 | Feb. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number            -5256

Please print address or phone number changes below using blue or black ink.
Address
Home Phone          Alternate Phone
E-mail address              @

#0001789151949485# MAIL ID NUMBER
DEON L THOMAS
14626 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000038
Confidential

NWA000039
Confidential



# Capital One Auto Buying™ makes car-buying easier.

**We're your shortcut to a great deal.**

Because you're already a Capital One® customer, you qualify for special, low, No Hassle pricing on a huge selection of new and used cars at exclusive partner dealerships near you. Less time at the dealership, a quick buying process, and a great low price all add up to our No Hassle promise when you buy your next car.

✓ Low, No Hassle pricing
✓ No negotiating needed
✓ Huge inventory of new and used vehicles

✓ No Hassle™

Visit Capital One's Auto Buying program at www.capitaloneautobuying.com today.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,184.42 | $100.00 | $39.96 | $722.61 | $2,846.99 | $85.00 | Mar. 12, 2008 |

Jan. 17, 2008 – Feb. 18, 2008     Page 1 of 1

**MasterCard Platinum Account**
6178-6626-3805-5256

**Your Account Information**
TOTAL CREDIT LINE .......... $2,600.00
TOTAL AVAILABLE CREDIT .......... $0.00
CREDIT LINE FOR CASH .......... $2,600.00
AVAILABLE CREDIT FOR CASH .......... $0.00

Please write your account number on your check or money order made payable to Capital One Bank and mail with this coupon in the enclosed envelope.

NWA000040
Confidential

NWA000041
Confidential





NWA000042
Confidential

NWA000043
Confidential



NWA000044
Confidential

NWA000045
Confidential





NWA000046
Confidential

NWA000047
Confidential

500008



**DEON L THOMAS**

# WHOOPS!
## You're behind by 1 payment.

© 2008 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

It could happen to anyone. Make sure you pay the amount due on your statement as soon as possible.

**Keeping your credit in good standing can do a lot more than you think.**

GOOD CREDIT = GOOD CREDIT REFERENCES

BETTER INTEREST RATES
(good credit could mean lower interest rates)

IMPROVED CHANCES TO GET APPROVED FOR LOANS
(when you want to buy a home or new car)

Waiting on your tax stimulus check—and looking for a smart way to use it?
Pay off your debt and help bring your Capital One account back to good standing.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $2,901.87 | $0.00 | $82.20 | $133.98 | $3,097.85 | $297.85 | Jul. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

May. 17, 2008 — Jun. 16, 2008        Page 1 of 1

You're behind by one payment. Remember that paying the minimum payment by the due date keeps your account current. So make sure you send in the minimum payment to keep your account current.

**MasterCard Platinum Account**
5178-0424-3804-5256

**Your Account Information**
TOTAL REVOLVING CREDIT LINE     $2,800.00
TOTAL AVAILABLE                  $0.00
REVOLVING CREDIT                 $2,800.00
CREDIT LINE FOR CASH             $0.00
AVAILABLE CREDIT FOR CASH

**Payments, Credits & Adjustments**

| Transactions | | | |
|---|---|---|---|
| 1 | 10 JUN | PAST DUE FEE | $39.00 |
| 2 | 16 JUN | CAPITAL ONE MEMBER FEE | $39.00 |
| 3 | 16 JUN | PAYMENT PROTECTION 1-800-537-6904 | $26.98 |
| 4 | 16 JUN | OVERLIMIT FEE JUN 16, 2008 | $39.00 |

**Balance Charges (Please see reverse for important information)**

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchase | $2,915.51 | 0.0882264D | 24.90% | $53.53 |
| Cash | $125.30 | 0.0082264D | 24.90% | $2.65 |

ANNUAL PERCENTAGE RATE applied this period: 24.90%

At Your Service  1-800-903-3637
To call Customer Relations or to report a lost or stolen card

Send payments to:
Capital One Bk(USA),NA • P.O. Box 60024 • City of Industry, CA 91716-0024

Send Inquiries to:
Capital One• P.O. Box 30285 • Salt Lake City, UT 84130-0285

Have a question about a charge on your statement? Please refer to the Billing Rights Summary on the back of your statement or visit www.capitalone.com/disputes

You were assessed a past due fee because your minimum payment was not received by the due date. To avoid late fee in the future, we recommend that you allow at least 7 business days for your minimum payment to reach Capital One.

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.



0 ██████5256 16        3097850200000297854

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $3,097.85 | $297.85 | Jul. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

**Account Number:** ██████-5256

Please print address or phone number changes below using blue or black ink.

Address
Home Phone          Alternate Phone
E-mail address

#9016983151949484# MAIL ID NUMBER
DEON L THOMAS
14454 RED GUM ST
MORENO VALLEY, CA 92555-4751
*925554751269*

Capital One Bk(USA),NA   *4193*
P.O. Box 60024
City of Industry, CA 91716-0024
*917160024244*

Please write your account number on your check or money order made payable to Capital One Bk(USA),NA and mail with this coupon in the enclosed envelope.

NWA000048
Confidential

NWA000049
Confidential

500009



DEON L THOMAS

## YOU'RE BEHIND BY
## 2
## PAYMENTS

### LET'S TALK — WE'RE HERE TO HELP.

Sometimes unexpected expenses keep you from making your credit card payments. We understand. At Capital One,® we're here to help you keep your credit on track. Give us a call.

**Here are 3 easy ways to make a payment:**

- Give one of our associates a call at 1.800.955.7070.
- Mail us the amount due on your statement.
- If you have Internet access, you can make a payment securely online by logging on to www.capitalone.com.

Waiting on your tax stimulus check—and looking for a smart way to use it?
Pay off your debt and help bring your Capital One account back to good standing.

© 2008 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,097.85 | $0.00 | $64.19 | $106.46 | $3,268.52 | $468.52 | Aug. 11, 2008 |

Jun. 17, 2008 — Jul. 16, 2008     Page 1 of 1

MasterCard Platinum Account
6178-0524-2808-5256

**Your Account Information**
| | |
|---|---|
| TOTAL REVOLVING CREDIT LINE | $2,800.00 |
| TOTAL AVAILABLE | $0.00 |
| REVOLVING CREDIT | $2,800.00 |
| CREDIT LINE FOR CASH | |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**Payments, Credits & Adjustments**

| Transactions | | |
|---|---|---|
| 11 JUL | PAST DUE FEE | $39.00 |
| 16 JUL | PAYMENT PROTECTION 1-866-527-9604 | $28.46 |
| 16 JUL | OVERLIMIT FEE JUL 16, 2008 | $39.00 |

**ANNUAL PERCENTAGE RATE applied this period is: 24.80%**

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

-0          6256 16     3268520200000468528

what's in your wallet?

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $3,268.52 | $468.52 | Aug. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number:        5256

Please print address or phone number changes below using blue or black ink.

#001998315194948l# MAIL ID NUMBER
DEON L. THOMAS
14624 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One BK(USA) NA
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your check or money order made payable to Capital One BK(USA),NA and mail with this coupon in the enclosed envelope.

NWA000050
Confidential

NWA000051
Confidential

500010

**Capital One** *what's in your wallet?*

DEON L THOMAS

## YOU'RE BEHIND BY
## 3
## PAYMENTS

### MAKE A PAYMENT, AND TAKE CONTROL OF YOUR CREDIT WITH CAPITAL ONE®

Your account is temporarily unusable. The good news is, by paying the amount due on your statement, you can still bring your account into good standing.

Let's work together to bring your account back to good standing.

You can make a payment with our *free* check by phone service or speak to an associate by calling 1.800.955.6600.

© 2008 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,208.52 | $0.00 | $69.99 | $69.05 | $3,407.56 | $607.56 | Sep. 10, 2008 |

Jul. 17, 2008 — Aug. 16, 2008   Page 1 of 1

**MasterCard Platinum Account**
• 5176-0524-3406-5256

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $2,600.00 |
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $2,600.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**Finance Charges** (Please see reverse for important information)

| | Balance rate applied to | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $1178.02 | 0.03922%D | 24.90% | $67.23 |
| Cash | $130.72 | 0.03922%D | 24.90% | $2.76 |

ANNUAL PERCENTAGE RATE applied this period: 24.90%

**Payments, Credits & Adjustments**

**Transactions**

| | | | |
|---|---|---|---|
| 1 | 31 AUG | PAST DUE FEE | $39.00 |
| 2 | 16 AUG | PAYMENT PROTECTION 1-888-927-6904 | $30.05 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0 _____ 5256 16   3407560200000607564

**Capital One** *what's in your wallet?*

| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $3,407.56 | $607.56 | Sep. 10, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

Account Number: _____ -5256

Please print address or phone number changes below using blue or black ink.

#9023083151949484# MAIL ID NUMBER
DEON L THOMAS
14124 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank (USA) N.A.
P.O. Box 60024
City of Industry, CA 91716-0024

Please write your account number on your payment made payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

NWA000052
Confidential

NWA000053
Confidential



500011

## TAKE CONTROL OF YOUR CAPITAL ONE® ACCOUNT AND KEEP IT FROM BEING PERMANENTLY UNUSABLE.

DEON L THOMAS

**YOU'RE BEHIND BY 4 PAYMENTS**

We're here to help. You can regain your charging privileges and bring your account back into good standing by paying the amount due on your statement.

Let's work together to bring your account back to good standing.

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

© 2008 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,407.56 | $0.00 | $72.99 | $70.32 | $3,550.87 | $485.00 | Oct. 11, 2008 |

Aug. 17, 2008 – Sep. 16, 2008       Page 1 of 1

You're behind by four payments. But you can still bring your account current by paying the minimum payment amount on your statement. Need help? Give us a call at 1.800.955.6600. We'll work together to find a solution.

**MasterCard Platinum Account**
5178-0024-2908-5256

**Your Account Information**

| | |
|---|---|
| TOTAL CREDIT LINE | $2,600.00 |
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $2,600.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**Payments, Credits & Adjustments**

| Transactions | | |
|---|---|---|
| 14 SEP | PAST DUE FEE | $39.00 |
| 16 SEP | PAYMENT PROTECTION 1-888-327-9914 | $33.32 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

0          5256 16      3550870200000485006



| New Balance | Minimum Payment | Due Date |
|---|---|---|
| $3,550.87 | $485.00 | Oct. 11, 2008 |

PLEASE PAY AT LEAST THIS AMOUNT

Amount Enclosed

**Account Number:** _____-5256

#9026183151949489# MAIL TO NUMBER
DEON L THOMAS
14424 RED GUM ST
MORENO VALLEY, CA 92555-4751

Capital One Bank (USA), N.A.
P.O. Box 60024
City of Industry CA 91716-0024

Please write your account number on your payment made payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

NWA000054
Confidential

NWA000055
Confidential

500251
41060



# important notification
## of a change in terms to your account

Please see the important notice included with this statement.
It details changes to the:

- **Minimum monthly payment calculation**
  This change will take effect starting with your December billing period.
  You cannot decline this change.

- **Fees applied to your account**
  This change will affect fees billed to your account after January 25, 2009.
  You can decline this change.





| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,550.87 | $0.00 | $73.56 | $78.00 | $3,702.43 | $598.00 | Nov. 10, 2008 |

Sep. 17, 2008 — Oct. 16, 2008     Page 1 of 1

MasterCard Platinum Account
6178-0524-3961-6326

**Your Account Information**
TOTAL CREDIT LINE                    $2,600.00
TOTAL AVAILABLE CREDIT               $0.00
CREDIT LINE FOR CASH                 $2,600.00
AVAILABLE CREDIT FOR CASH            $0.00

**Finance Charges** (Please see reverse for important information)

| | Balance rate spread to | Periods rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $3,457.71 | 0.06822%D | 24.90% | $70.77 |
| Cash | $139.31 | 0.06822%D | 24.90% | $2.79 |

ANNUAL PERCENTAGE RATE applied this period: 24.90%

**Payments, Credits & Adjustments**

**Transactions**
| | | | | |
|---|---|---|---|---|
| 11 OCT | PAST DUE FEE | | | $39.00 |
| 16 OCT | OVERLIMIT FEE OCT 16, 2008 | | | $39.00 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1. ████████5256  16        3702430200000596002



Account Number: ████████-5256

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Nov. 10, 2008 | $3,702.43 | $598.00 | $ |

PLEASE PAY AT LEAST THIS AMOUNT

**Lend a hand. Save the land.**
Manage your account online today—
it's fast, easy and secure.
- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—Go paperless.
- Sign up at www.capitalone.com.

#9029183151949486#
DEON L THOMAS
14626 RED OAK ST
MORENO VALLEY, CA 92555-4751

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

NWA000056
Confidential



## Changing Address?

Address _____

_____

Home Phone _____

Alternate Phone _____

E-mail
Address _____

*Please print address or phone number changes above using blue or black ink.*

### Not quite ready to make payments online?

No problem. Follow these simple steps to make sure we process your payments smoothly:



- Don't staple or paper clip your check to the payment slip.
- Be sure to use the payment envelope that came with your statement. *Using a different envelope could delay processing.*
- Please don't include any additional correspondence.
- Last but not least, be sure to write your 16-digit account number on your check.

NWA000057
Confidential



DEON L THOMAS



**YOU'RE BEHIND BY**

**6**

**PAYMENTS**

600013

# NOT PAYING YOUR DEBT DOESN'T MAKE IT GO AWAY.

In fact, even if we report your account as charged off, you'll still be responsible for paying your debt. So why not call us to see what we can do together to keep you from receiving such a serious mark on your credit record?

**We're here to help. Please contact us to find a solution that's right for you.**

You can make a payment with our _free_ check by phone service or speak to an associate by calling 1.800.955.6600.

Make sure you call or pay the amount due on your statement by the due date to eliminate the risk of being charged off.

© 2008 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.



| Previous Balance | Payments & Credits | FINANCE CHARGE | Transactions | New Balance | Minimum Payment | Due Date |
|---|---|---|---|---|---|---|
| $3,702.43 | $0.00 | $80.24 | $78.00 | $3,860.67 | $711.00 | Dec. 12, 2008 |

Oct. 17, 2008 – Nov. 17, 2008    Page 1 of 1

**MasterCard Platinum Account**
#178-0301-5168-5256

**Your Account Information**

| TOTAL CREDIT LINE | $2,600.00 |
|---|---|
| TOTAL AVAILABLE CREDIT | $0.00 |
| CREDIT LINE FOR CASH | $2,600.00 |
| AVAILABLE CREDIT FOR CASH | $0.00 |

**Finance Charges** (Please see reverse for important information)

| | Balance subject to rate | Periodic rate | Corresponding APR | FINANCE CHARGE |
|---|---|---|---|---|
| Purchases | $3,611.81 | 0.06685%/D | 24.40% | $77.26 |
| Cash | $129.19 | 0.06685%/D | 24.40% | $2.98 |

ANNUAL PERCENTAGE RATE applied this period: 24.40%

**Payments, Credits & Adjustments**

**Transactions**

| | | | |
|---|---|---|---|
| 1 | 14 NOV | PAST DUE FEE: | $39.00 |
| 2 | 17 NOV | OVERLIMIT FEE NOV 17, 2008: | $39.00 |

PLEASE RETURN PORTION BELOW WITH PAYMENT OR LOG ON TO WWW.CAPITALONE.COM TO MAKE YOUR PAYMENT ONLINE.

1 ████████5256 16    3860670200000711001



**Account Number:** ████████-5256

| Due Date | New Balance | Minimum Payment | Amount Enclosed |
|---|---|---|---|
| Dec. 12, 2008 | $3,860.67 | $711.00 | |

PLEASE PAY AT LEAST THIS AMOUNT

**Lend a hand. Save the land.**

Manage your account online today— it's fast, easy and secure.

- Pay online anytime—no more checks, stamps or clutter.
- Moving? Change your address online or on the back.
- Help save the planet—go paperless.
- Sign up at www.capitalone.com.

#9032383151949487#
DEON L THOMAS
14626 RED OAK ST
MORENO VALLEY, CA 92555-4751

Capital One Bank (USA), N.A.
P.O. Box 60599
City of Industry, CA 91716-0599

Please make checks payable to Capital One Bank (USA), N.A. and mail with this coupon in the enclosed envelope.

NWA000058
Confidential

## Changing Address?

Address _____

Home Phone _____

Alternate Phone _____

E-mail
Address _____

Please print address or phone number changes above using blue or black ink.

## Not quite ready to make payments online?

No problem. Follow these simple steps to make sure we process your payments smoothly:

- Don't staple or paper clip your check to the payment slip.
- Be sure to use the payment envelope that came with your statement. Using a different envelope could delay processing.
- Please don't include any additional correspondence.
- Last but not least, be sure to write your 16-digit account number on your check.

NWA000059
Confidential



# Surdyk, Dowd & Turner Co., L.P.A.

—— ATTORNEYS AT LAW ——

ROBERT J. SURDYK
EDWARD J. DOWD*
JEFFREY C. TURNER
DAWN M. FRICK

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN INDIANA

KEVIN A. LANTZ
JOHN P. LANGENDERFER
JOSHUA R. SCHIERLOH
MELANIE L. FRANKEL
CHRISTOPHER T. HERMAN
JENNIFER A. KIRBY
STEPHEN W. CASE**

January 17, 2012

Deon Thomas
dlthomas32@gmail.com

RE:  Nelson, Watson & Associates, LLC

Dear Mr. Thomas:

Please be advised that our office represents Nelson, Watson & Associates, LLC ("NWA") and we have received a copy of the correspondence you forwarded to NWA regarding your credit report.

First, NWA did not pull your credit report, they merely performed an inquiry. NWA's name may appear on your credit report when you view it, but anyone else pulling your credit report would not see NWA's name. NWA's inquiry has no effect on your credit and has no negative impact on you. If you review the document you forwarded to NWA from Experian, it explains that NWA's inquiry on your credit report is shown only to you and does not affect your credit score.

Furthermore, even if NWA had pulled your credit report, they had a permissible purpose for doing so. The Fair Credit Reporting Act, 15 U.S.C. § 1681b(a)(3)(A) authorizes the furnishing of a credit report "in connection with a credit transaction involving the consumer on whom the information is to be furnished and involving the extension of credit to, or review or **collection of an account of, the consumer.**" (emphasis added). Because NWA was retained to collect an account, it had a permissible purpose for pulling your credit report.

Several courts have determined that debt collection provides a permissible purpose for obtaining a credit report. *See Korotki v. Attorney Services Corp. Inc.*, 931 F.Supp. 1269, 1277 (D. Md. 1996) (noting a person attempting to collect a debt has a permissible purpose to pull the debtor's credit report); *Huertas v. Galaxy Asset Management, et al.*, --- F.3d ---, 2011 WL 1361568 at * 3 (3rd Cir, April 11, 2011)(determining that a debt collector obtained a consumer's credit report from a credit reporting agency for a purpose authorized by the FCRA); *Weitz v.*

1 PRESTIGE PLACE  SUITE 700  MIAMISBURG, OHIO 45342  TEL: (937) 222-2333  FAX: (937) 222-1970
www.sdtlawyers.com

NWA000060
Confidential

SURDYK, DOWD & TURNER CO., L.P.A.

January 17, 2012
Page 2

*Wagner*, 2009 WL 4280284 at *3 (E.D.N.Y. Nov. 24, 2009)(Defendant intended to use the consumer report information in connection with the review or collection of an account of the plaintiff, as permitted by § 1681b(a)(3)(A)); *Stonehart v. Rosenthal*, 2001 WL 910771 at *4 (S.D.N.Y. August 13, 2001)("The referral of Stonehart's debt for collection gave Rosenthal a permissible purpose for obtaining her credit report pursuant to section 1681b."); see also *Edge v. Professional Claims Bureau*, 64 F.Supp.2d 115, 118 (E.D.N.Y.1999), *aff'd*, 234 F.3d 1261 (2nd Cir. 2000) ("The referral of that debt gave [the collection agency] a permissible purpose for obtaining the credit information....").

    Based on the information provided above, NWA asks that you cease pursuing this matter. If you have any questions or concerns, please feel free to contact our office. Thank you for your anticipated cooperation.

                Sincerely,

                SURDYK, DOWD & TURNER CO., L.P.A.

                Jennifer A. Kirby

JAK/jas

NWA000061
Confidential

NWA000063
Confidential

ENDORSE HERE

X

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
**RESERVED FOR FINANCIAL INSTITUTION USE**

NWA000064
Confidential

**FINANCIAL TITLE COMPANY**

17525 Ventura Boulevard
Suite 107
Encino, CA 91316
(818) 817-0520

CHECK NO. 004410483

DATE 01/10/2007   ESCROW NO. 00311663 - 319 EKB   AMOUNT $144.00

PAY . . ONE HUNDRED FORTY-FOUR DOLLARS and no/100

TO THE   CAPITAL ONE BANK
ORDER   ACCT# 41        $52.56
OF      Acct. Holder Deon L Thomas

COMERICA BANK
3 Alameda de las Comercio
San Francisco, CA 94111

FINANCIAL TITLE COMPANY
SOUTHERN CALIFORNIA TRUST ACCOUNT

AUTHORIZED SIGNATURE

VOID AFTER SIX MONTHS

THIS CHECK HAS AN ARTIFICIAL WATERMARK ON THE REVERSE. HOLD AT AN ANGLE TO VIEW.

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES

⑈004410483⑈ ⑆121137522⑆ ⑈897267846⑈

NWA000065
Confidential

ENDORSE HERE

x _____

_____

_____

_____

**DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE**
RESERVED FOR FINANCIAL INSTITUTION USE

NWA000066
Confidential

07/24/2012 TUE 11:33   FAX 8042841182 Capital One                                      003/009



NWA000068
Confidential



Online App Approval



NWA000067
Confidential

Minimal.

07/24/2012 TUE 11:34   FAX 8042841182 Capital One                                        ☑004/009



NWA000069
Confidential

07/24/2012 TUE 11:34   FAX 8042841182 Capital One                                    ☑005/009



NWA000070
Confidential

07/24/2012 TUE 11:35  FAX 8042841182 Capital One                    ☑006/009



NWA000071
Confidential

07/24/2012 TUE 11:36  FAX 8042841182 Capital One                                    ☑007/009

NWA000072
Confidential

07/24/2012 TUE 11:37  FAX 8042841182 Capital One                                    ☒008/009



NWA000073
Confidential

07/24/2012 TUE 11:37  FAX 8042841182 Capital One                    ☑ 009/009



NWA000074
Confidential

07/24/2012 TUE 12:36   FAX 8042841182 Capital One
NWA000140



(P) cust general coresp.



**Capital One Services, Inc.**
P.O. Box 85015
Richmond, VA 23285-5018

November 15, 2004

Deon L. Thomas
12693 Ninebark Street
Moreno Valley, CA 92553-1209

RE: ▓▓▓▓▓▓***5256

Dear Deon L. Thomas:

Thank you for contacting Capital One® in regards to your account. I appreciate the opportunity to assist you by informing you that your payment was received on November 5, 2004, in the amount of $87.00.

As of November 15, 2004, your account balance is $192.87. If you would like a payoff amount, please contact our office at the number below. I hope the information provided meets your needs.

If you have any questions or need additional information, please feel free to contact our office at 1-800-955-7070. We value you as a customer and look forward to our continued financial relationship. Thank you for choosing Capital One.

Sincerely,

Trey Banty
Customer Relations Account Supervisor
Capital One Services, Inc.

©2004 Capital One Services, Inc. Capital One is a federally registered service mark. All rights reserved.

07/24/2012 08:36   FAX 8042841182 Capital One

NWA000142



PO Box 85015
Richmond, VA 23285-5018

December 26, 2004

Deon Thomas
12693 Ninebark St
Moreno Valley CA 92553-1209

Re: ▆▆▆▆▆▆5256

Dear Deon Thomas:

Thank you for your recent request concerning your Capital One® account referenced above. Regrettably, we are unable to waive the past due fee as you requested. However, we would like to help you avoid future fees by explaining why your account was billed.

We bill a past due fee to your account if we do not receive your minimum monthly payment on or before the payment due date shown on your statement. Because your payment was late, we billed a past due fee to your account.

Please accept our apologies for any frustration this fee may have caused you. We hope this explanation will help you avoid penalty fees in the future.

We value you as our customer and look forward to our continued financial relationship. Thank you for choosing Capital One.

Sincerely,

Meneka Madaan
Capital One Financial Services

07/24/2012 TUE 12:37  FAX 8042841182 Capital One

NWA000145
Confidential
2012/022

**Capital**One.

Capital One Services
P. O. Box 85520
Richmond, VA 23286-9175
804 747 7200

December 30, 2004

Deon Thomas
12693 Ninebark Street
Moreno Valley, CA 92553-1209

Re: ▓▓▓▓▓▓▓5256

Dear Deon Thomas

Thank you for your recent inquiry.

We have reviewed our records and find that as of   December 30, 2004 your balance is $34.09.

If you have further questions, please contact our office.

Sincerely,

J.Wright
Customer Relations

07/24/2012 TUE 12:37 FAX 8042841182 Capital One

$ Payments - Checks

**NEW CENTURY TITLE COMPANY**
3480 Vine Street, Suite 100
Riverside, CA 92507
(951) 774-0825

88101

File - 22043073 - BE
Date - 12/02/2004

192.00

PAY TO THE Capital One Bank.
ORDER OF

One Hundred Ninety Two & 00/100 Dollars

**Comerica**
123 W. Santa Clara Street ◇ San Jose, Ca 95113
90-3752/1211

Capital One Bank.

credit the account of
Deon Thomas
# 5156

MEMO

TRUST ACCOUNT

07/24/2012 TUE 12:37  FAX 8042841182 Capital One                      Ø017/022



07/24/2012 TUE 12:38   FAX 8042841182 Capital One   ☒019/022



07/24/2012 TUE 12:38   FAX 8042841182 Capital One                                   ☑021/022

NWA000152



**FINANCIAL TITLE COMPANY**

17525 Ventura Boulevard
Suite 107
Encino, CA 91316
(818) 817-0520

WARNING - THIS CHECK IS PROTECTED BY SPECIAL SECURITY FEATURES

CHECK NO. 00410483

| DATE | ESCROW NO. | AMOUNT |
|------|------------|--------|
| 01/10/2007 | 00311663 - 319 EKB | $144.00 |

COMERICA BANK
2 Embarcadero Center #300
San Francisco, CA 94111
90-6729/1211

PAY   ONE HUNDRED FORTY-FOUR DOLLARS and no/100

TO THE   CAPITAL ONE BANK
ORDER   ACCT# [            ] 152.56
OF   Acct Hldr Dean L Thomas

FINANCIAL TITLE COMPANY
SOUTHERN CALIFORNIA TRUST ACCOUNT

AUTHORIZED SIGNATURE

VOID AFTER SIX MONTHS

THIS CHECK HAS AN ARTIFICIAL WATERMARK ON THE REVERSE. HOLD AT AN ANGLE TO VIEW.

⑈00410483⑈ ⑆121137522⑆ 1892678455⑈

*Nelson, Watson & Associates, LLC*

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: 800-798-3961 • Fax:(978) 469-9046

PO Box 1299
Haverhill MA 01831
RETURN SERVICE REQUESTED

Creditor: Capital One Services LLC
Acct #: ████5660
Balance Due: $4099.49

February 10, 2009

CAPO87956 - A20 - 2
Deon L Thomas
14626 Red Gum St
Moreno Valley CA 92555-4751

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA 01831-1799

---

*** Detach Upper Portion and Return with Payment ***

2-NW@A2002-TYA87C2C81

Creditor: Capital One Services LLC
Acct No.: ████5660

Principal:      $4012.79
Interest:       $86.70
Total Balance:  $4099.49

The above referenced account has been placed with this office for collection. Remittance of the payment in full is hereby requested.

For your security, please make all payments payable to Nelson, Watson & Associates, LLC.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.**

Please call Monday through Thursday 8:30am to 9pm EST, Friday 8:30am to 5pm, or Saturday 9am to 1pm EST.

**This communication is from a debt collector. This is an attempt to collect a debt. All information obtained will be used for that purpose.**

Sincerely,
Consumer Services Department

A $10.00 fee will be charged the writer of a check that is returned for insufficient funds.

**Please Note:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account as soon as the same day we receive the check and you will not receive your check back from your financial institution.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, (CIRCLE ONE) FILL IN THE INFORMATION
BELOW AND RETURN THE ENTIRE LETTER TO US IN THE ENCLOSED ENVELOPE.

  

$ _____          ____/____

Account Number          Payment Amount          Expire Date

Card Holder Name                          Signature of Card Holder

NWA000154
CONFIDENTIAL

*Nelson, Watson & Associates, LLC*

80 Merrimack Street Lower Level
Haverhill, MA 01830
Phone: (800) 798-3701 • Fax:(978) 469-9046

PO Box 1299
Haverhill MA  01831
RETURN SERVICE REQUESTED

April 13, 2009

Creditor: Capital One Services LLC
Acct #:                 ███660
Balance Due:  $4254.51

CAPO87956 - A1630 - 3
Deon L Thomas
14626 Red Gum St
Moreno Valley CA  92555-4751

Nelson, Watson & Associates, LLC
PO Box 1299
Haverhill MA  01831-1799

---

*** Detach Upper Portion and Return with Payment ***                                3-NW@A2163-TYR7318073

Creditor: Capital One Services LLC                        Total Balance: $4254.51
Acct No.: ████5660

Dear Deon L Thomas:

The above referenced account has been placed with this office for collection.  Capital One Services LLC has agreed to extend two options to settle your account at this time.

OFFER #1   Single Payment Settlement: We will accept one single payment of $3403.61 as a settlement on the above referenced balance.  FUNDS MUST BE RECEIVED IN MY OFFICE NO LATER THAN THE CLOSE OF BUSINESS, APR 30, 2009.

OFFER #2   Multi Part Settlement: We will accept a total of $3488.70 as a settlement on the above referenced balance with payments to be made  in monthly installments as follows:

```
         Due Date                        Amount Due
         APR 30, 2009                     $1403.99
         MAY 15, 2009                     $2084.71
```

FUNDS MUST BE RECEIVED IN MY OFFICE NO LATER THAN OUR CLOSE OF BUSINESS ON THE DATES STATED ABOVE.  If you fail to make one or more payments by the due date, Capital One Services LLC reserves the right to deem the settlement offer null and void and seek to recover the full balance due.  You will be given credit for any payments made under this agreement.

We are not obligated to renew these offers.  For your security, please make all payments payable to Nelson, Watson & Associates, LLC.

**This communication is from a debt collector.  This is an attempt to collect a debt.  All information obtained will be used for that purpose.**

Should you wish to discuss you account or the settlement options contained in this letter, Please call Monday through Thursday 8:30am to 9pm EST, Friday 8:30am to 5pm, or Saturday 9am to 1pm EST.

Sincerely,

Consumer Services Department
A $10.00 fee will be charged the writer of a check that is returned for insufficient funds.

**Please Note:** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.  Funds may be withdrawn from your account as soon as the same day we receive the check and you will not receive your check back from your financial institution.

IF YOU WISH TO PAY BY VISA OR MASTERCARD, (CIRCLE ONE) FILL IN THE INFORMATION
BELOW AND RETURN THE ENTIRE LETTER TO US IN THE ENCLOSED ENVELOPE.



| $ | ___/___ |
|---|---|
| Account Number | Payment Amount | Expire Date |

| | |
|---|---|
| Card Holder Name | Signature of Card Holder |

NWA000155
CONFIDENTIAL