Deon L. Thomas
14626 Red Gum Street
Moreno Valley, CA 92555
951-413-9071
dlthomas32@gmail.com

ORIGINAL

FILED

2012 NOV 28  AM 10: 06

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deon L. Thomas<br>Plaintiff<br><br>v.<br><br>NELSON, WATSON &<br>ASSOCIATES, LLC, is a Domestic<br>Limited Liability Company (LLC)<br>Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ED12-CV-00701 CBM (OPx)<br><br>PLAINTIFF'S DEON L. THOMAS<br>STATEMENT OF GENUINE<br>DISPUTES<br><br>Date: December 17, 2012<br>Time: 10:00 a.m.<br>Courtroom: 2<br>Judge:  Consuelo B. Marshall |

---

### PLAINTIFF DEON L. THOMAS STATEMENT OF GENUINE DISPUTES

Pursuant to Fed. R. Civ. P. 56 and L.R. 56-2, Plaintiff Deon L. Thomas ("Plaintiff"),

submit this Statement of Genuine Disputes.  Plaintiff respectfully requests the Court to

consider the following Genuine Disputes:

| Statement of Genuine Dispute | Supporting Evidence |
|---|---|
| 1.  NELSON, WATSON &<br>ASSOCIATES, LLC obtained<br>Plaintiff's credit report without<br>Plaintiff's knowledge or consent | 1.  Undisputed |

1

2

in February 2009.  (FAC pp. 2-4

¶ 8, 12 & 17).

3

4

5

6

7

8

9

2.   Plaintiff generally alleges

that Defendant is a "debt

collector" [as defined by the

FCRA] ("FAC ¶ 7.")

2. Disputed:  Plaintiff denies this assertion made by the

Defendant as claiming "Plaintiff alleged Defendant are

debt collectors as Defined by the FCRA.  See Plaintiff's

FAC p. 2 ¶ 7.

10

11

12

13

14

15

16

17

18

19

20

21

3.   Plaintiff alleges that

Defendant violated the FCRA

by "[o]btaining the consumer

credit report of the Plaintiff in

February of 2009 with no

permissible purpose or Plaintiff

consent." See FAC p. 2 & 4, ¶¶

10 & 18.

3. Disputed in part: Plaintiff did make this assertion

On p. 2 ¶ 10 as alleged by Defendant.

 However, Plaintiff did make the allegation in p. 4 ¶ 18.

See FAC p. 2 & 4, ¶¶ 10 & 18.

22

23

24

25

26

27

28

4.   Defendant NELSON,

WATSON & ASSOCIATES,

LLC, is a debt collection

company.  Defendant is

regularly engage by creditor to

collect unpaid credit card

4.  Disputed: Plaintiff lacks sufficient evidence to either

admit or deny Defendant assertion contained in Paragraph 4,

and therefore, disputes and denies the same.  Defendant

denied being a debt collector themselves. See Defendant

Answer to FAC ¶ 7

accounts on behalf of those

creditors. (see Declaration of

Daniel Kuzmitski in Support

of Defendant NELSON,

WATSON & ASSOCIATES,

LLC's motion for summary

judgment. ("Kuzmitski decl."

¶6.)

5.  Plaintiff Deon Thomas is the account holder of a past due credit card account placed with NELSON, WATSON & ASSOCIATES, LLC. Kuzmitski decl. ¶ 7

**5. Disputed; Objection: I'm demanding the "Best Evidence Rule".** Plaintiff is not in possession of nor is there anything on the record made that factually evidence neither the existence of an alleged account nor an alleged placement of an alleged account. Defendant is making conclusory statements.

"OBJECTION: Your Honor, this is not the best evidence. The original document is the best evidence." See Exhibit 1 Plaintiff affidavit p. 1, 2, 3 ¶2, 4, 7-9, 13, 14, &17. Exhibit 2

6.  When a credit card account is placed with Defendant for collection, Defendant makes an inquiry into the debtor's credit

**6. Dispute; Objection; Hearsay: Plaintiff Objects: Assumes fact not in evidence.** Daniel Kuzmitski is making a conclusory statement. Kuzimitski decl. ¶ 8 of Defendant motion for summary judgment as they constitute legal

report to assist in the collection
of the unpaid account. See
Kuzmitski decl. ¶ 8.

conclusion. "OBJECTION: Your Honor, the question
assumes facts not  in evidence.

7.  On December 17, 2008, Plaintiff's Capital One account No. xxxx-xxxx-xxxx-5256 was placed with Defendant for collection. See Kuzmitski decl. ¶9m Exh. A.

**7. Dispute; Objection; Hearsay: Plaintiff Objects: Assumes fact not in evidence. Disputed; Objection: I'm demanding the "Best  Evidence Rule".** Plaintiff is not in possession of nor is there anything on the record made that factually evidence neither the existence of an alleged account nor an alleged placement of an alleged account. Defendant is making conclusory statements. "OBJECTION: Your Honor, this is not the best evidence. The original document is the best evidence neither the existence of an alleged account nor an alleged placement of an alleged account. Defendant is making conclusory statements.  See Exhibit 1 Plaintiff affidavit p. 1, 2, 3 ¶2, 4, 7-9, 13, 14, &17.  Exhibit 2

8.  This account had an unpaid balance of $4, 0099.49.  See Kuzmitski decl. ¶10, Exh. A.

**8. Disputed; Objection: I'm demanding the "Best Evidence Rule".** Plaintiff is not in possession of nor is there anything on the record made that factually evidence See Exhibit 1 Plaintiff affidavit p. 2  ¶¶7-14.

9. On February 7, 2009, Defendant made an inquiry into Plaintiff's credit report in connection with the collection of this account. See Kuzmitski decl. ¶11, Exh. A.

9. **Disputed in part:** Plaintiff does not dispute the Defendant obtained his credit report On February 7, 2009, but Objects to Defendant having the authority to collect on an alleged account. Plaintiff is not in possession of nor is there anything on the record made that factually evidence neither the existence of an alleged account nor an alleged placement of an alleged account. Defendant is making conclusory statements. See Exhibit 1 Plaintiff affidavit p. 1, 2,3 ¶2, 4, 7-9, 13, 14, &17. Exhibit 2

DATED: 11-28-12

Respectfully Submitted,

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
951-413-9071
Dlthomas32@gmail.com

## **CERTIFICATE OF SERVICE**

I, Deon L. Thomas ("Plaintiff"), do hereby certify that a copy of the foregoing documents will be served by U.S. Postal Service to:


CARLSON & MESSER, L.L.P.
Attn: Grace Felipe
5959 W. Century Boulevard, Suite 1214
Los Angeles, CA. 90045



_____

Deon L. Thomas
14626 Red Gum St.
Moreno Valley, CA 92555
951-413-9071
dlthomas32.thomas@gmail.com

**PLAINTIFF'S DEON L. THOMAS RESPONSE IN OPPOSITION AND MEMORANDUM OF POINTS AND AUTHORITIES TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**