```
 1  Jeanne L. Zimmer (SBN 123321)
    Zimmerj@cmtlaw.com
 2  J. Grace Felipe (SBN 190893)
    Felipeg@cmtlaw.com
 3  CARLSON & MESSER LLP
    5959 W. Century Blvd., Suite 1214
 4  Los Angeles, CA 90045
    (310) 242-2200 Telephone
 5  (310) 242-2222 Facsimile

 6  Attorneys for Defendant,
    NELSON, WATSON & ASSOCIATES, LLC
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Deon L. Thomas | CASE NO. 2:12-cv-00701-CBM-OP |
|---|---|
| Plaintiff *Pro Se*, | **DECLARATION OF J. GRACE FELIPE RE: REPLY IN SUPPORT OF DEFENDANT NELSON, WATSON & ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| NELSON, WATSON & ASSOCIATES, LLC, is a Domestic Limited Liability Company (LLC) Defendant(s) | Judge: Hon. Consuelo B. Marshall<br>Date: December 17, 2012<br>Time: 10:00 A.M.<br>Dept: 2 |
| Does 1 through 10 | Filing Date: January 31, 2012<br>Trial Date: April 2, 2013 |

## DECLARATION OF J. GRACE FELIPE

I, J. Grace Felipe, declare that I have personal knowledge of the matters contained in this Declaration, and if called as a witness, I could and would competently testify to the following:

1. I am an attorney at law, duly licensed to practice before all state and federal courts in the State of California, and I am an associate of Carlson & Messer LLP, the attorneys-of-record for Defendant NELSON, WATSON & ASSOCIATES, LLC. ("NWA" or "Defendant")

1

2. On or about April 16, 2012, I discussed this case with Plaintiff *Pro Se*, DEON L. THOMAS. At that time, we discussed our respective positions regarding liability and whether NWA had a "permissible purpose" under the *Fair Credit Reporting Act* 15, U.S.C. §1681b ("FCRA") to conduct an credit inquiry regarding Plaintiff's credit report. At that time, Plaintiff *Pro Se* conveyed a settlement demand and indicated that he would not dismiss the case.

3. On or about April 23, 2012, I sent Plaintiff *Pro Se* an e-mail with the billing statements for the credit account that Plaintiff owed to Capital One Bank. At that time, I also asked Plaintiff to voluntarily dismiss the action. Plaintiff *Pro Se* refused to dismiss, and he confirms that he sued NWA for accessing his credit report without a permissible purpose. A true and correct copy of the April 23, 2012 e-mail string between Plaintiff and Defendant is attached hereto as Exhibit "A."

4. Also on April 23, 2012, Plaintiff *Pro Se* and I commenced a Rule 26 conference in preparation of the Joint Report. During our discussion, I informed Plaintiff *Pro Se* that NWA possessed a "permissible purpose" under the FCRA to obtain his credit report because Defendant was attempting to collect on an unpaid credit account that Plaintiff owed to Capital One Bank. I also informed Plaintiff *Pro Se* that NWA intends to file a summary judgment motion regarding this issue. Plaintiff *Pro Se* indicated that he anticipates filing his own motion for summary judgement in this case.

5. I continued to discuss the case with Plaintiff *Pro Se* via telephone and e-mail, and based on those discussions, the parties prepared a Joint Report which was filed with the Court on May 11, 2012. (Document No. 14.)

6. Plaintiff *Pro Se* made it abundantly clear during our communications that he does not agree that NWA possessed a "permissible purpose" under the FCRA to obtain his credit report. Plaintiff *Pro Se* also stated on multiple occasions that he would not voluntarily dismiss his lawsuit without monies paid to him.

///

07013.00:189733

DECLARATION OF J. GRACE FELIPE
CASE NO. 2:12-cv-00701-CBM-OP

7. During our communications, I also expressed to Plaintiff *Pro Se* that NWA authorized me to file a summary judgment motion if he would not dismiss his action.

8. In light of Plaintiff *Pro Se*'s stance, NWA was forced to move for summary judgment on the issues already discussed with Plaintiff *Pro Se*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed on December 4, 2012 at Los Angeles, CA, United States of America.

/s/ J. Grace Felipe
J. Grace Felipe