# EXHIBIT "A"

EXHIBIT "A"

# Grace Felipe

| | |
|---|---|
| **From:** | deon thomas` <dlthomas32@gmail.com> |
| **Sent:** | Monday, April 23, 2012 5:16 PM |
| **To:** | Grace Felipe |
| **Subject:** | Re: Thomas, Deon v. Nelson, Watson & Associates (07013.00) |

Like I told you Ms. Felipe, statements are not validation of an alleged account. I stated in our conversation, anyone can make up statements or find the information that are on statements, so they are not valid. Assuming *arguendo,* if there was such and account, were is the verified ledger and accounting of such an account giving by NWA? The ledger and accounting must be sworn and/or verified by someone who is a first-hand fact witness or someone with personal knowledge of the accounting and ledgers. The alleged "electronic credit application and the terms and conditions of the account" does not prove anything what so ever. Again, as I stated in my complaint, which have nothing to do with any alleged debt, I'm not arguing an alleged debt. I am suing them for accessing my consumer report without a permissible purpose. NWA must prove they had a permissible purpose, and I won't let statements be the proof, they must have absolute proof. If this is their stance, I will vigorously attack all the false documents they obtained. Dismissing them from this case without a mutual agreement and $1000 will never happen.

If you would like tomorrow I would be available from 12-3.

Thanks.

On Mon, Apr 23, 2012 at 4:58 PM, Grace Felipe <FelipeG@cmtlaw.com> wrote:

Dear Mr. Thomas:


Attached is a copy of the credit account statements with Capital One Bank pertaining to the subject debt that Nelson, Watson & Associates was collecting upon when it allegedly obtained your consumer credit report. As you will note, the statements are addressed to you at your current address. The account was opened in or about May of 2004. I am in possession of the electronic credit application and the terms and conditions of the account.


Please let me know if you will voluntarily dismiss you action. I will be available in the office tomorrow to discuss. Thanks,


J. Grace Felipe
CARLSON & MESSER, LLP
5959 W. Century Boulevard, Ste. 1214
Los Angeles, California 90045
310.242.2200
310.242.2208 - direct line
310.242-2222 - facsimile
e-mail: FelipeG@cmtlaw.com

1

This communication contains information from Carlson & Messer LLP that may be confidential. Except for personal use by the intended recipient or as expressly authorized by the sender, any person who receives this information is prohibited from disclosing, copying, distributing, and/or using it. If you have received this communication in error, please immediately delete it and all copies, and promptly notify the sender. Nothing in this communication is intended to operate as an electronic signature under applicable law.

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is: 5959 W. Century Boulevard, Suite 1214, Los Angeles, California 90045.

On **November 13, 2012**, I served the foregoing document described as: **DECLARATION OF J. GRACE FELIPE RE: IN SUPPORT OF DEFENDANT NELSON, WATSON & ASSOCIATES, LLC'S MOTION FOR SUMMARY JUDGMENT** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this date following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

☐ (BY FACSIMILE)
I transmitted via telecopier machine such document to the offices of the addressees. Executed on this 4th day of December, 2012, at Los Angeles, California.

☒ (FEDERAL)
I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **4th** day of **December 2012**, at Los Angeles, California.

*Kathryn A. Brown*
Kathryn A. Brown

1 <u>Deon L. Thomas v. Nelson, Watson & Associates, LLC</u>
Our File No. 07013.00

4  Deon L. Thomas                                              **Plaintiff Pro Se**
   14626 Red Gum Street
5  Moreno Valley, CA  92555
   Phone:  (951) 413-9071
6  Email: dlthomas32@gmail.com