UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-0701-CBM(OPx)** | Date | JANUARY 25, 2013 |
| Title | DEON L. THOMAS  v. NELSON WATSON AND ASSOCIATES LLC, ET AL | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Defendant Nelson, Watson & Associates, LLC's motion for summary judgment, filed November 13, 2012 [22], currently scheduled for January 29, 2013, is hereby ordered continued to *February 12, 2013 at 11:00 a.m.*

IT IS SO ORDERED**.**


cc: all parties