UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-701 CBM(OPx) | Date | February 12, 2013 |
|---|---|---|---|
| Title | Deon L. Thomas vs Nelson, Watson & Associates, LLC | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|
| Joseph M. Levario | Anne Kielwasser |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Deon L. Thomas, pro per | Jeanne J. Zimmer |

**Proceedings:** Motion of Defendant Nelson, Watson & Associates, LLC for Summary Judgment (#22)

Case called, counsel make their appearances, arguments held. Motion of Defendant Nelson, Watson & Associates LLC for Summary Judgment is **submitted** without further oral arguments.

00 : 35

Initials of Preparer    JL