UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-701 CBM(OPx) | Date | March 1, 2013 |
|---|---|---|---|
| Title | Deon L. Thomas vs Nelson, Watson, etc. | | |

| Present: The Honorable | CONSUELO B. MARSHALL |
|---|---|
| Joseph M. Levario | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD

On the Court's own motion, the Pre Trial Conference in this matter is hereby taken off calendar.

00 : 00

Initials of Preparer    JL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-701 CBM(OPx) | Date | March 1, 2013 |
|---|---|---|---|
| Title | Deon L. Thomas vs Nelson, Watson, etc. | | |