Js-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEON L. THOMAS PRO SE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NELSON WATSON & ASSOCIATES, LLC, a Limited Liability Company,<br><br>　　　　Defendant. | No. CV 12-00701 CBM (OPx)<br><br><br><br>**JUDGMENT** |

Consistent with this Court's March 1, 2013 Order Granting Defendants' Motion for Summary Judgment (Docket No. 22),

**IT IS ORDERED AND ADJUDGED** that Plaintiff take nothing on his claim for violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681b. Judgment shall be entered in favor of Defendant on this claim.

Dated: March 1, 2013

_____
Honorable Consuelo B. Marshall
United States District Judge